Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | John Wei | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|   |   |   | Unsecured claim |
|---|---|---|---|
| 1 | 1020-26 Cherry Street Realty, LLC<br>c/o Ms. Stella Wong<br>161-167 E. Hunting Park Ave<br>Philadelphia, PA 19124 | What is the nature of the claim?  Guaranty to Loan regarding Cherry Street<br>As of the date you file, the claim is: Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>☐ None of the above apply | $700,000.00 |
| | Contact<br>Contact phone | Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | |
| 2 | Asian Bank<br>111 N. 9th Street<br>Philadelphia, PA 19107 | What is the nature of the claim?  Guaranty to Bank loan<br>As of the date you file, the claim is: Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>☐ None of the above apply | $5,900,000.00 |
| | Contact<br>Contact phone | Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | |

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   John Wei                                              Case number *(if known)*

---

**3**  Asian Bank
111 N. 9th Street
Philadelphia, PA 19107

What is the nature of the claim?   Guaranty to Bank loan   $710,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:
     Unsecured claim

Contact
Contact phone

---

**4**  Bala Resources, LLC
c/o Adam Xu
207 N. 11th Street, 1st Fl.
Philadelphia, PA 19107

What is the nature of the claim?   Guaranty to Loan   $0.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:
     Unsecured claim

Contact
Contact phone

---

**5**  City of Philadelphia
PO Box 1630
Philadelphia, PA 19105

What is the nature of the claim?   Taxes Owed   Unknown

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:
     Unsecured claim

Contact
Contact phone

---

**6**  Commonwealth Of Pennsylvania
Pennsylvania Dept. of Revenue
Department 280946
Harrisburg, PA 17128

What is the nature of the claim?   Taxes Owed   $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact

---

Debtor 1  John Wei                                              Case number *(if known)* _____

|  |  |
|---|---|
| Contact phone | Value of security: - _____ <br> Unsecured claim _____ |

---

**7** **First Citizens Community Bank**
2901 Concord Pike
Wilmington, DE 19803

What is the nature of the claim?   Guaranty to Bank loan   **$5,350,000.00**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:  - _____
        Unsecured claim     _____

Contact
Contact phone

---

**8** **G&E Capital LLC**
1118 S. 12th Street
Philadelphia, PA 19147

What is the nature of the claim?   Guaranty to Bank loan   **$484,000.00**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:  - _____
        Unsecured claim     _____

Contact
Contact phone

---

**9** **HSBC Bank**
PO Box 9
Buffalo, NY 14270

What is the nature of the claim?   Guaranty of Wei's Properties, Inc.   **$0.00**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:  - _____
        Unsecured claim     _____

Contact
Contact phone

---

**10** **Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

What is the nature of the claim?   Taxes Owed   **$0.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Debtor 1    John Wei                                    Case number (if known)

Contact                             ☒ No
                                    ☐ Yes. Total claim (secured and unsecured)
Contact phone                              Value of security:
                                           Unsecured claim

---

**11**

JP Financial LLC
21236 Valley Forge Circle
King of Prussia, PA 19406

What is the nature of the claim?    Guaranty to Loan to MJ Central Investment LP    $3,500,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Contact                             ☒ No
                                    ☐ Yes. Total claim (secured and unsecured)
Contact phone                              Value of security:
                                           Unsecured claim

---

**12**

JP Financial, LLC
PAK & Associates, PC
1349 W. Cheltenham Ave, Suite 103
Elkins Park, PA 19027

What is the nature of the claim?    Guaranty to Bank loan    $8,000,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact                             ☒ No
                                    ☐ Yes. Total claim (secured and unsecured)
Contact phone                              Value of security:
                                           Unsecured claim

---

**13**

Kilau Lee
810 Arch Street
Apt. 204
Philadelphia, PA 19107

What is the nature of the claim?    Guaranty to Loan to United Associates LP    $0.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Contact                             ☒ No
                                    ☐ Yes. Total claim (secured and unsecured)
Contact phone                              Value of security:
                                           Unsecured claim

---

**14**

Nationstar Mortgage
PO Box 60516
City of Industry, CA 91716

What is the nature of the claim?    Guaranty to Bank loan    $18,187.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  John Wei                                         Case number (if known) _____

☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact

Contact phone

---

**15**

RMI Investment, LLC
c/o Sean Yu
117 Country Lane
Lansdale, PA 19446

What is the nature of the claim?    Guaranty to Bank loan    $1,500,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact

Contact phone

---

**16**

Shin Da Enterprises, Inc. et al
c/o Edward Kang, Esq.
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109

What is the nature of the claim?    Judgment obtained by Shin Da Enterprises, Inc., Lijian Ren and 446-50 N. 6th Street, LLC    $5,130,482.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact

Contact phone

---

**17**

Simon & Kenny LLC
801 Spring Garden Street
Philadelphia, PA 19123

What is the nature of the claim?    Guaranty to Loan to Hunting Park Investment LLC    $1,500,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:

Contact

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  John Wei                              Case number (if known)  _____

Contact phone                             Unsecured claim              _____

### 18

Simon & Kenny, LLC
801 Spring Garden Street
Philadelphia, PA 19123

What is the nature of the claim?   Gaurnaty to Loan to 1028 Arch LP & 1028 Arch GP LLC   $4,000,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                -
      Unsecured claim

Contact
Contact phone

### 19

Stella Wong
161-167 E. Hunting Park Ave
Philadelphia, PA 19124

What is the nature of the claim?   Gaurnaty to Hunting Park Investment LLC and Personal Loan   $600,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                -
      Unsecured claim

Contact
Contact phone

### 20

Yatsun Wen
446 N. 12th Street
Philadelphia, PA 19123

What is the nature of the claim?   Gaurnaty and Judgment   $1,900,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                -
      Unsecured claim

Contact
Contact phone

## Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  _John Wei (signature)_                          X  _____
   John Wei                                            Signature of Debtor 2

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 6

Software Copyright (c) 1996-2023 Best Case, LLC  - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1   John Wei                                            Case number *(if known)*   _____

Signature of Debtor 1

Date   December 4, 2023                              Date   _____