**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    John Wei                                         Case No.
                                    Debtor(s)             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    December 4, 2023                          /s/ John Wei
                                                    John Wei
                                                    Signature of Debtor

1020-26 Cherry Street Realty, LLC
c/o Ms. Stella Wong
161-167 E. Hunting Park Ave
Philadelphia, PA 19124

Asian Bank
111 N. 9th Street
Philadelphia, PA 19107

Bala Resources, LLC
c/o Adam Xu 207 N. 11th Street, 1st Fl.
Philadelphia, PA 19107

City of Philadelphia
PO Box 1630
Philadelphia, PA 19105

Commonwealth Of Pennsylvania
Pennsylvania Dept. of Revenue
Department 280946
Harrisburg, PA 17128

First Citizens Community Bank
2901 Concord Pike
Wilmington, DE 19803

G&E Capital LLC
1118  S. 12th Street
Philadelphia, PA 19147

HSBC Bank
PO Box 9
Buffalo, NY 14270

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

John J. McCreesh IV
McCreesh, McCreesh, McCreesh and Cannon
7035 Terminal Square
Upper Darby, PA 19082

JP Financial LLC
21236 Valley Forge Circle
King of Prussia, PA 19406

JP Financial, LLC
PAK & Associates, PC
1349 W. Cheltenham Ave, Suite 103
Elkins Park, PA 19027

Kilau Lee
810 Arch Street Apt. 204
Philadelphia, PA 19107

Louis Lipsky, Esq.
1101 Market Street, Suite 2820
Philadelphia, PA 19107


Nationstar Mortgage
PO Box 60516
City of Industry, CA 91716


PAK & Associates PC
1349 W. Cheltenham A
Elkins Park, PA 19027


Parke Bank
c/o Isabella Gray, Esq.
Braverman Kaskey Garber One Liberty Plac
Philadelphia, PA 19103


Phillip Chan
9 Greentree Way
Cherry Hill, NJ 08003


PNC Bank - Midland Loan Services
PO Box 25965
Overland Park, KS 66225


PNC Bank, NA
Attn Bankruptcy Dept
PO Box 489909
Charlotte, NC 28269


RMI Investment, LLC
c/o Sean Yu 117 Country Lane
Lansdale, PA 19446


Shin Da Enterprises, Inc. et al
c/o Edward Kang, Esq.
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109


Simon & Kenny LLC
801 Spring Garden Street
Philadelphia, PA 19123


Simon & Kenny, LLC
801 Spring Garden Street
Philadelphia, PA 19123


Stella Wong
161-167 E. Hunting Park Ave
Philadelphia, PA 19124


Wells Fargo
PO Box 14411
Des Moines, IA 50306

```
Yatsun Wen
446 N. 12th Street
Philadelphia, PA 19123
```