United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13678-mdc |
| John Wei | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

**Recip ID        Recipient Name and Address**
db         +  John Wei, 525 N. 11th Street, Suite 101, Philadelphia, PA 19123-3563

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

**Name            Email Address**

Albert Anthony Ciardi, III
            on behalf of Debtor John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

CHRISTOPHER JOHN LEAVELL
            on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com  lclark@klehr.com

CHRISTOPHER R. MOMJIAN
            on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

DANIEL CHRISTOPHER KERRICK
            on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com  gdurstein@dkhogan.com

DANIEL D. HAGGERTY
            on behalf of Creditor Shin Da Enterprises Inc.  446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com

DANIEL S. SIEDMAN

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID L. BRAVERMAN
   on behalf of Creditor Parke Bank dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

EDWARD T. KANG
   on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

FRANK M. CORRELL, JR.
   on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com afoody@klehr.com

HOLLY SMITH MILLER, ESQ.
   hsmiller@gsbblaw.com chsm11@trustesolutions.net

HOLLY SMITH MILLER
   on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

ISABELLA H. GRAY
   on behalf of Creditor Parke Bank gray@braverlaw.com marano@braverlaw.com;gollotto@braverlaw.com

JOSHUA B. LADOV
   on behalf of Creditor Xiao Yu jladov@ladovlaw.com admin@ladovlaw.com

KEVIN P. CALLAHAN
   on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

KYLE GARABEDIAN
   on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com

LOUIS I. LIPSKY
   on behalf of Yatsun Wen LLipsky@lipskybrandt.com afaino@lipskybrandt.com

MARIO J. HANYON
   on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
   on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL I. FREEDMAN
   on behalf of Yatsun Wen rfreedman@lipskybrandt.com snita@lipskybrandt.com

STEPHEN R. STARKS
   on behalf of Creditor Wells Fargo Bank N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| JOHN WEI, | ) |
| | ) |
| Debtor. | ) Case No. 23-13678-mdc |
| | ) |

**ORDER**

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period of 12/7/2023 through 12/28/2023 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Holly S. Miller, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $1,040.00 and reimbursement of actual expenses in the amount of $0.00 incurred by Holly S. Miller, Esquire in rendering said services as Subchapter V Trustee.

Date: February 9, 2024

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE