**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**JOHN WEI F/K/A WEI XIANG YONG,**<br><br>Debtor. | Case No. 23-13678-MDC<br><br>Chapter 11 |

**STIPULATED ORDER**

**WHEREAS**, this matter having been opened by Movants, Shin Da Enterprises Inc., 446-50 N. 6th St. LLC, and Lijian Ren by Motion For Relief from the Automatic Stay filed on January 17, 2024 (ECF No. 75) (the "Motion"), and

**WHEREAS**, the Motion sought to retroactively annul the Automatic Stay under Bankruptcy Code §362 in connection with an order issued by the Honorable Chad F. Kenney on January 2, 2024 in the matter *Shin Da Enterprises Inc., et al. v. Wei Xiang Yong et al.*, Civil Action No. 21-cv-03384-CFK, attached to the Motion as Exhibit F (ECF No. 75-7) (the "Fee Order"); and

**WHEREAS**, Debtor objected to the Motion on January 31, 2024 (ECF. No. 80); and

**WHEREAS**, no creditor or other party in interest objected to the Motion; and

**WHEREAS**, Movants and Debtors seek to resolve the Motion;

It is hereby **STIPULATED** and **AGREED** that:

1. the Motion is **GRANTED** in part;

2. the Automatic Stay is annulled retroactively for the limited purpose of allowing the District Court to enter the fee order as to the Debtor and for no other purpose; and

3. the Automatic Stay otherwise remains in full force and effect;

3596542.1

4. the hearing currently scheduled in connection with this Motion for March 13, 2024 is cancelled as Moot.

Respectfully Submitted,

| **KANG HAGGERTY LLC** | **CIARDI CIARDI AND ASTIN** |
|---|---|
| By:  /s/ Kyle Garabedian   | By:  /s/ Albert A. Ciardi   |
| Edward T. Kang | Albert A. Ciardi III, Esquire |
| Daniel Haggerty | Daniel S. Siedman, Esquire |
| Kyle Garabedian | 1905 Spruce Street |
| Gregory H. Mathews | Philadelphia, PA 19103 |
| 123 S. Broad Street, Suite 1670 | aciardi@ciardilaw.com |
| Philadelphia, PA 19109 | dsiedman@ciardilaw.com |
| Tel: (215) 525-5850 | |
| kgarabedian@kanghaggerty.com | |
| *Attorneys for Movants* | *Attorneys for Debtor* |

It is SO ORDERED :

Dated: March 4, 2024

_____
The Honorable Magdeline D. Coleman
United States Chief Bankruptcy Judge

3596542.1