United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13678-mdc |
| John Wei | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wei, 525 N. 11th Street, Suite 101, Philadelphia, PA 19123-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Albert Anthony Ciardi, III | on behalf of Debtor John Wei aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com lclark@klehr.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com gdurstein@dkhogan.com |
| DANIEL D. HAGGERTY | on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, |

Case 23-13678-mdc    Doc 94    Filed 03/07/24    Entered 03/08/24 00:34:24    Desc Imaged
                                 Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

jarcher@KHFLaw.com;filings@khflaw.com

**DANIEL S. SIEDMAN**
    on behalf of Debtor John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DAVID L. BRAVERMAN**
    on behalf of Creditor Parke Bank dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

**EDWARD T. KANG**
    on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

**FRANK M. CORRELL, JR.**
    on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com afoody@klehr.com

**HOLLY SMITH MILLER, ESQ.**
    on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

**HOLLY SMITH MILLER, ESQ.**
    hsmiller@gsbblaw.com chsm11@trustesolutions.net

**HOLLY SMITH MILLER**
    on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

**ISABELLA H. GRAY**
    on behalf of Creditor Parke Bank gray@braverlaw.com marano@braverlaw.com;gollotto@braverlaw.com

**JOSHUA B. LADOV**
    on behalf of Creditor Xiao Yu jladov@ladovlaw.com admin@ladovlaw.com

**KEVIN P. CALLAHAN**
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**KYLE GARABEDIAN**
    on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com

**LOUIS I. LIPSKY**
    on behalf of Yatsun Wen LLipsky@lipskybrandt.com afaino@lipskybrandt.com

**MARIO J. HANYON**
    on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARK A. CRONIN**
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

**PAMELA ELCHERT THURMOND**
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

**RACHEL I. FREEDMAN**
    on behalf of Yatsun Wen rfreedman@lipskybrandt.com snita@lipskybrandt.com

**STEPHEN R. STARKS**
    on behalf of Creditor Wells Fargo Bank N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 24

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA – PHILADELPHIA DIVISION

In re:

**JOHN WEI F/K/A WEI XIANG YONG,**

Debtor.

Case No. 23-13678-MDC

Chapter 11

## STIPULATED ORDER

**WHEREAS**, this matter having been opened by Movants, Shin Da Enterprises Inc., 446-50 N. 6th St. LLC, and Lijian Ren by Motion For Relief from the Automatic Stay filed on January 17, 2024 (ECF No. 75) (the "Motion"), and

**WHEREAS**, the Motion sought to retroactively annul the Automatic Stay under Bankruptcy Code §362 in connection with an order issued by the Honorable Chad F. Kenney on January 2, 2024 in the matter *Shin Da Enterprises Inc., et al. v. Wei Xiang Yong et al.*, Civil Action No. 21-cv-03384-CFK, attached to the Motion as Exhibit F (ECF No. 75-7) (the "Fee Order"); and

**WHEREAS**, Debtor objected to the Motion on January 31, 2024 (ECF. No. 80); and

**WHEREAS**, no creditor or other party in interest objected to the Motion; and

**WHEREAS**, Movants and Debtors seek to resolve the Motion;

It is hereby **STIPULATED** and **AGREED** that:

1. the Motion is **GRANTED** in part;

2. the Automatic Stay is annulled retroactively for the limited purpose of allowing the District Court to enter the fee order as to the Debtor and for no other purpose; and

3. the Automatic Stay otherwise remains in full force and effect;

3596542.1

4. the hearing currently scheduled in connection with this Motion for March 13, 2024 is cancelled as Moot.

Respectfully Submitted,

| **KANG HAGGERTY LLC** | **CIARDI CIARDI AND ASTIN** |
|---|---|
| By:   /s/ Kyle Garabedian<br>Edward T. Kang<br>Daniel Haggerty<br>Kyle Garabedian<br>Gregory H. Mathews<br>123 S. Broad Street, Suite 1670<br>Philadelphia, PA 19109<br>Tel: (215) 525-5850<br>kgarabedian@kanghaggerty.com<br>*Attorneys for Movants* | By:   /s/ Albert A. Ciardi<br>Albert A. Ciardi III, Esquire<br>Daniel S. Siedman, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>dsiedman@ciardilaw.com<br><br>*Attorneys for Debtor* |

Dated: March 4, 2024

It is SO ORDERED :

_____
The Honorable Magdeline D. Coleman
United States Chief Bankruptcy Judge

3596542.1