UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOHN WEI                                                      NO. 23-13678 MDC
                                                               CHAPTER 11

**ENTRY OF APPEARANCE FOR G&E CAPITAL, LLC
AND REQUEST FOR NOTICES**

TO THE CLERK:

Please enter our appearance for G&E Capital, LLC and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

March 12, 2024

                                                    GERSHMAN LAW OFFICES, PC

                                                    /s/ Howard Gershman
                                                    _____
                                                    Howard Gershman
                                                    135 Old York Road
                                                    Jenkintown, PA 19046
                                                    Telephone: 215.886.1120
                                                    Fax:   215.515.0788
                                                    Email:  howard@gershman-law.com

Copies to:

Kevin P. Callahan, Esquire
Office of US Trustee
Robert NC Nix Federal Building Ste 320
900 Market Street
Philadelphia, PA 19107
      kevin.p.callahan@usdoj.gov

Albert A Ciardi, III, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
    aciaradi@ciardilaw.com
    dsiedman@ciardilaw.com