**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO.  23-13678-MDC** |
| **JOHN WEI** | ) | **CHAPTER 11** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND
REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING
PROPERTY DESCRIBED AS  901 N PENN ST, PHILADELPHIA, PA 19123 AND THAT
CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER
*******3767**

NOW COMES Nationstar Mortgage LLC, by and through its attorney Brock and Scott,

PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause

and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents

and hearings; that it receive copies of all documents; and be added to the matrix to be served at

the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

Nationstar - Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, Texas 75019

Please take notice that the undersigned hereby appears as counsel for Nationstar Mortgage

LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the

instant case noted above and should not be construed as unlimited representation of the Creditor

24-07818 BKPLN01

 

with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/Mario Hanyon

Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com