UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN WEI                                                                NO. 23-13678 AMC
                                                                        CHAPTER 11

PRAECIPE TO SUBSTITUTE ENTRY OF APPEARANCE for G&E CAPITAL LLC AND REQUEST FOR NOTICES [DOCUMENT NO. 95]

TO THE CLERK:

Please mark the Gershman Law Offices PC/Howard Gershman, Esquire, Entry of Appearance for G&E Capital LLC and Request of Notices [Document No. 95], as withdrawn.

Please note the Entry of Appearance of LAURENCE MESTER, ESQUIRE, Mester & Schwartz PC, for G&E Capital LLC and Request for Notices.

Date:  April 11, 2024

                                            GERSHMAN LAW OFFICES, PC
                                                 /s/Howard Gershman
                                            _____
                                            Howard Gershman, Esquire
                                            135 Old York Road
                                            Jenkintown, PA 19046
                                            (215) 886-1120
                                            howard@gershman-law.com

MESTER & SCHWARTZ, PC

/s/ Laurence A. Mester
_____
Laurence Mester, Esquire
1917 Brown Street
Philadelphia, PA 19130
lmester@mesterschwartz.com

Copies served upon:

Daniel S Siedman, Esquire
dseidman@ciardilaw.com

Kevin P. Callahan, Esquire
Kevin.p.callahan@usdoj.gov

Praecipe to Withdraw