UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     JOHN WEI | : |
|         Debtor | : BANKRUPTCY NO. 23-13678 - AMC |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of KT Investments, LLC, Creditor in the above captioned matter, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this matter, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above captioned case by mail or otherwise upon the undersigned at the address set forth below.

Date: 4/15/2024

_____
ROBERT H. HOLBER, ESQUIRE
Law Office of Robert H. Holber, P.C.
41 E. Front Street
Media, PA  19063
Phone No.:    610-565-5463
Fax No.:        610-565-5474
Counsel for KT Investments, LLC