UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :Case No. 23-13678 - AMC |
| | : |
| JOHN WEI | : |
| | : |
| Debtor | : |
| | : |
| | :Chapter 11 |
| _____ | : |
| 1020-26 CHERRY STREET REALTY, LLC | : |
| | : |
| Movant | :11 U.S.C. §362 |
| | : |
| vs. | : |
| | : |
| JOHN WEI | : |
| | : |
| Respondent | : |

\* \* \* \* \* \* \*

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

1020-26 Cherry Street Realty, LLC, through its counsel Robert H. Holber, Esquire, has filed a Motion for Relief from Automatic Stay Under §362 Pursuant to Bankruptcy Procedure Rule 4001 as regards 1020-26 Cherry Street, Philadelphia, PA with the court.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 20, 2024, you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at:

UNITED STATES BANKRUPTCY COURT
Robert C. Nix Federal Courthouse
Suite 400
900 Market Street

Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dates stated above; and

      (b) mail a copy to the movant's attorney:

           Robert Holber, Esquire
           41 East Front Street
           Media, Pa  19063
           (610) 565-5463
           (610) 565-5474

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, on May 22, 2024 at 12:30 p.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: April 22, 2024