United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13678-amc |
| John Wei | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 25, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14852681 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2024 00:38:00 | Wells Fargo Bank, N.A., Atty: BK Dept., MAC# N9286-01Y, Default Document, Processing P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Albert Anthony Ciardi, III | on behalf of Debtor John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com  lclark@klehr.com |
| CHRISTOPHER R. MOMJIAN | |

Case 23-13678-amc   Doc 117   Filed 04/27/24   Entered 04/28/24 00:33:15   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

DANIEL CHRISTOPHER KERRICK
on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com gdurstein@dkhogan.com

DANIEL D. HAGGERTY
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com

DANIEL S. SIEDMAN
on behalf of Defendant John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
on behalf of Debtor John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID L. BRAVERMAN
on behalf of Creditor Parke Bank dbraver@braverlaw.com
dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

EDWARD T. KANG
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

FRANK M. CORRELL, JR.
on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com afoody@klehr.com

HOLLY SMITH MILLER, ESQ.
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

HOLLY SMITH MILLER, ESQ.
hsmiller@gsbblaw.com chsm11@trustesolutions.net

HOLLY SMITH MILLER
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

ISABELLA H. GRAY
on behalf of Creditor Parke Bank gray@braverlaw.com marano@braverlaw.com;gollotto@braverlaw.com

JOSHUA B. LADOV
on behalf of Creditor Xiao Yu jladov@ladovlaw.com admin@ladovlaw.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

KYLE GARABEDIAN
on behalf of Plaintiff Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Plaintiff 446-50 N. 6th St LLC kgarabedian@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Plaintiff Lijian Ren kgarabedian@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com

LAURENCE A. MESTER
on behalf of Creditor G&E Capital LLC lmester@mesterschwartz.com

LOUIS I. LIPSKY
on behalf of Yatsun Wen LLipsky@lipskybrandt.com afaino@lipskybrandt.com

MARIO J. HANYON
on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL I. FREEDMAN
on behalf of Yatsun Wen rfreedman@lipskybrandt.com snita@lipskybrandt.com

ROBERT H. HOLBER
on behalf of Attorney Robert H Holber rholber@holber.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 25, 2024 | Form ID: trc | Total Noticed: 1

ROBERT H. HOLBER
    on behalf of Creditor 1020-26 Cherry Street Realty  LLC rholber@holber.com

STEPHEN R. STARKS
    on behalf of Creditor Wells Fargo Bank  N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 34

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 23-13678-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

John Wei
525 N. 11th Street
Suite 101
Philadelphia PA 19123

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/24/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Wells Fargo Bank, N.A., Atty: BK Dept., MAC# N9286-01Y, Default Document, Processing P.O. Box 1629, Minneapolis, MN 55440-9790 | Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas  TX  75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/27/24

Tim McGrath
**CLERK OF THE COURT**