IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOHN WEI (f/k/a WEI XIANG YONG)     CHAPTER 11

         Debtor.                    Case No. 23-13678 (MDC)

## CERTIFICATE OF SERVICE

I, Daniel S. Siedman, Esquire hereby certify that on this 21st day of May, 2024, a copy of the *Debtor's Objection to 1020-26 Cherry Street Realty, LLC's Motion for Relief From the Automatic Stay* was served via U.S. First Class Mail, postage prepaid, upon all parties as listed on the attached Service List.

| Kevin Callahan, Esquire<br>**Office of The United States Trustee**<br>Robert NC Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | **1020-26 Cherry Street Realty, LLC**<br>c/o Robert H. Holber, Esquire<br>41 E. Front Street<br>Media, PA 19063 |
|---|---|

CIARDI CIARDI & ASTIN

By:    */s/ Daniel S. Siedman*
        Daniel S. Siedman, Esquire

*Counsel to Debtor*