**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John Wei | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number   23-13678
(if known)

☒ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|
| **2.1** Shin Da Enterprises, Inc. et al<br>Creditor's Name<br><br>c/o Edward Kang, Esq.<br>123 S. Broad Street, Suite 1670<br>Philadelphia, PA 19109<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred _____ | Describe the property that secures the claim:<br>C.C. Loft Associates, LLC with a registered address of 1204 Chestnut Street, Philadelphia PA 19107; Hunting Park Investment, LLC with a registered address of 1018 Cherry Street, Philadelphia, PA 19107; PA Ridge Associate, a Pennsylvania Limited Partnership<br><br>As of the date you file, the claim is: Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number _____ | $5,130,482.00 | $330,000.00 | $4,800,482.00 |
| **2.2** Wells Fargo<br>Creditor's Name<br><br>PO Box 14411<br>Des Moines, IA 50306<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred _____ | Describe the property that secures the claim:<br>901 N. Penn Street, F1307, Philadelphia, PA 19123<br>Philadelphia County<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number  8618 | $125,000.00 | $150,000.00 | $0.00 |

Official Form 106D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | John Wei | | | Case number (if known) | 23-13678 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.3 | Yatsun Wen | Describe the property that secures the claim: | $1,900,000.00 | $1,022,000.00 | $878,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 426 Morris Street, Philadelphia, PA 19148 Philadelphia County 50% ownership; 1702 S. 4th Street, Philadelphia, PA 19148 Philadelphia County ; 347 Unruh Avenue, Philadelphia, PA 19111 Philadelphia County ; Vine International Investments, LP | | | |

446 N. 12th Street
Philadelphia, PA 19123
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: **$7,155,482.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: **$7,155,482.00**

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.