**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JOHN WEI FKA WEI XIANG YONG<br>      Debtor | Case No. 23-13678-amc |
| Wells Fargo Bank, N.A.,<br>      Movant | Chapter 11 |
| vs.<br>JOHN WEI FKA WEI XIANG YONG<br>      Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this  24th  day of       May      , 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge