United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13678-amc |
| John Wei | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 24, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wei, 525 N. 11th Street, Suite 101, Philadelphia, PA 19123-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Albert Anthony Ciardi, III | on behalf of Debtor John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff John Wei aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com  lclark@klehr.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com  gdurstein@dkhogan.com |

Case 23-13678-amc    Doc 132    Filed 05/26/24    Entered 05/27/24 00:31:45    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**DANIEL D. HAGGERTY**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com

**DANIEL S. SIEDMAN**
on behalf of Defendant John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DANIEL S. SIEDMAN**
on behalf of Debtor John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DAVID L. BRAVERMAN**
on behalf of Creditor Parke Bank dbraver@braverlaw.com
dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

**EDWARD T. KANG**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

**FRANK M. CORRELL, JR.**
on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com afoody@klehr.com

**HOLLY SMITH MILLER, ESQ.**
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

**HOLLY SMITH MILLER, ESQ.**
hsmiller@gsbblaw.com chsm11@trustesolutions.net

**HOLLY SMITH MILLER**
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

**ISABELLA H. GRAY**
on behalf of Creditor Parke Bank gray@braverlaw.com marano@braverlaw.com;gollotto@braverlaw.com

**JOSHUA B. LADOV**
on behalf of Creditor Xiao Yu jladov@ladovlaw.com admin@ladovlaw.com

**KEVIN P. CALLAHAN**
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**KYLE GARABEDIAN**
on behalf of Plaintiff Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Plaintiff 446-50 N. 6th St LLC kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Plaintiff Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant 446-50 North 6th Street LLC kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**LAURENCE A. MESTER**
on behalf of Creditor G&E Capital LLC lmester@mesterschwartz.com

**LOUIS I. LIPSKY**
on behalf of Yatsun Wen LLipsky@lipskybrandt.com afaino@lipskybrandt.com

**MARIO J. HANYON**
on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

**PAMELA ELCHERT THURMOND**
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

**RACHEL I. FREEDMAN**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 24, 2024 | Form ID: pdf900 | Total Noticed: 1

on behalf of Yatsun Wen rfreedman@lipskybrandt.com snita@lipskybrandt.com

ROBERT H. HOLBER
   on behalf of Attorney Robert H Holber rholber@holber.com

ROBERT H. HOLBER
   on behalf of Creditor 1020-26 Cherry Street Realty  LLC rholber@holber.com

STEPHEN R. STARKS
   on behalf of Creditor Wells Fargo Bank  N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 37

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JOHN WEI FKA WEI XIANG YONG<br>    Debtor | Case No. 23-13678-amc |
| | Chapter 11 |
| Wells Fargo Bank, N.A.,<br>    Movant | |
| vs.<br>JOHN WEI FKA WEI XIANG YONG<br>    Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 24th day of May, 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge