Fill in this information to identify the case:

Debtor Name _____ John Wei

United States Bankruptcy Court for the: __ Eastern _____    District of __ PA
                                                                      (State)

Case number: _____ 23-13678 _____

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 12/21/2023 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See attached, Exhibit A | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  John Wei                                              Case number  23-13678

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**    ✖ _____
                                   Signature of Authorized Individual

                                   _____
                                   Printed name of Authorized Individual

                                   Date _____
                                        MM /  DD  / YYYY

**For individual Debtors:**    ✖ _____        ✖ _____
                               Signature of Debtor 1              Signature of Debtor 2

                               John Wei                           _____
                               Printed name of Debtor 1           Printed name of Debtor 2

                               Date __05/23/2024__               Date _____
                                    MM /  DD  / YYYY                  MM /  DD  / YYYY

# EXHIBIT "A"

5:11 PM

04/26/24

Accrual Basis

# 500 Loft, LLC
# Profit & Loss
## October through December 2023

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 60400 · Bank Service Charges | 110.00 |
| 63300 · Insurance Expense | 2,603.94 |
| 63400 · Interest Expense | 51,731.30 |
| 66800 · Management Fee | 7,080.90 |
| 67100 · Rent Expense | 28,750.00 |
| 68000 · Taxes - Property | -2,474.89 |
| 68600 · Utilities | 3,229.98 |
| **Total Expense** | 91,031.23 |
| **Net Ordinary Income** | -91,031.23 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Sales Expenses on Sale of Prop | -1,229,523.68 |
| 70500 · Gain/(Loss) from Sale of Assets | 6,590,455.16 |
| **Total Other Income** | 5,360,931.48 |
| **Net Other Income** | 5,360,931.48 |
| **Net Income** | 5,269,900.25 |

4:38 PM

04/19/24

Accrual Basis

## 1028 Arch, LP
## Profit & Loss
### October through December 2023

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 75,106.29 |
| **Total Income** | 75,106.29 |
| **Gross Profit** | 75,106.29 |
| **Expense** | |
| Bank Service Charges | 30.00 |
| Interest Expense | 50,124.26 |
| Rent Expense | 150.00 |
| Taxes - State/City | 562.15 |
| **Total Expense** | 50,866.41 |
| **Net Ordinary Income** | 24,239.88 |
| **Net Income** | 24,239.88 |

12:05 PM
04/15/24
Cash Basis

# Etown Development, LLC
# Profit & Loss
### October through December 2023

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 8,990.00 |
| **Total Income** | 8,990.00 |
| **Gross Profit** | 8,990.00 |
| **Expense** | |
| Cleaning and maintenance | 112.50 |
| Insurance | 356.50 |
| Legal and other professional fees | 460.00 |
| Repair | 314.00 |
| Taxes | 1,517.00 |
| Utilities | 586.00 |
| Philadelphia New Profit Tax | 209.50 |
| Trash Fee | 125.00 |
| Inspection Fee | 165.00 |
| License Fee | 98.00 |
| **Total Expense** | 3,943.50 |
| **Net Ordinary Income** | 5,046.50 |
| **Net Income** | 5,046.50 |

4:59 PM

04/18/24

Cash Basis

# AJ Land LLC
# Profit & Loss
### October through December 2023

| | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 130,000.00 |
| **Total Income** | 130,000.00 |
| **Gross Profit** | 130,000.00 |
| **Expense** | |
| Interest Expense | 222,060.68 |
| Repairs and Maintenance | 4,100.00 |
| **Total Expense** | 226,160.68 |
| **Net Ordinary Income** | -96,160.68 |
| **Net Income** | -96,160.68 |

6:27 PM

04/18/24

Accrual Basis

**CC Loft Associates, LLC**
**Profit & Loss**
**October through December 2023**

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 42200 · Rental Income | 9,700.00 |
| **Total Income** | 9,700.00 |
| **Gross Profit** | 9,700.00 |
| **Expense** |  |
| 60400 · Bank Service Charges | 0.00 |
| 63400 · Interest Expense | 18,273.70 |
| **Total Expense** | 18,273.70 |
| **Net Ordinary Income** | -8,573.70 |
| **Net Income** | -8,573.70 |

9:44 AM
04/19/24
Accrual Basis

**Grand Resort Hotel LLC**

## Profit & Loss
### January through December 2023

| | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Banquet Revenue | 25,556 04 |
| Food Sales | 37,734.68 |
| No Show Charges | 8,478.83 |
| Other Revenue | 1,167.75 |
| Room Charges | 415,559.79 |
| Smoking Fees | 1,100.76 |
| **Total Income** | 489,597.85 |
| **Cost of Goods Sold** | |
| Food Purchases | 41,768.65 |
| Hotel Supplies | 11,094.01 |
| Merchant Account Fees | 20,842.86 |
| Restaurant Supplies | 374.15 |
| Room Supplies | 3,807.60 |
| **Total COGS** | 77,887.27 |
| **Gross Profit** | 411,710.58 |
| **Expense** | |
| Advertising and Promotion | 4,500.00 |
| Bank Service Charges | 300.70 |
| Business Licenses and Permits | 4,101.00 |
| Cleaning Expense | 54,451.00 |
| Commission | 43,332.17 |
| Computer and Internet Expenses | 11,242.74 |
| Contribution | 0.00 |
| Dues & Membership | 575.00 |
| Insurance Expense | -1,135.40 |
| Management Fees | 0.00 |
| Marketing Expense | 5,465.42 |
| Office Supplies | 1,085.52 |
| Payroll Expense | |
| Contract Services | 162.00 |
| Payroll Taxes | 11,733.32 |
| Salary and Wages | 136,886.82 |
| **Total Payroll Expense** | 148,782.14 |
| Payroll Processing Fees | 1,574.13 |
| Printing & Productions | 1,589.29 |
| Professional Fees | 0.00 |
| Repairs and Maintenance | |
| Pest Control | 202.58 |
| Repairs and Maintenance - Other | 14,371.34 |
| **Total Repairs and Maintenance** | 14,573.92 |
| Security & Alarm Expense | 3,925.93 |

9:44 AM
04/19/24
Accrual Basis

## Grand Resort Hotel LLC
## Profit & Loss
### January through December 2023

| | Oct - Dec 23 |
|---|---|
| **Taxes** | 2,640.00 |
| **Uniforms** | 0.00 |
| **Utilities** | |
| Gas & Electricity | 19,268.17 |
| Water | 25,652.53 |
| Utilities - Other | 0.00 |
| **Total Utilities** | 44,920.70 |
| **Total Expense** | 341,924.26 |
| **Net Ordinary Income** | 69,786.32 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | -11,642.91 |
| **Total Other Expense** | -11,642.91 |
| **Net Other Income** | 11,642.91 |
| **Net Income** | 81,429.23 |

6:49 PM

04/18/24

Accrual Basis

# Hunting Park Investment
## Profit & Loss
### October through December 2023

| | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42800 · Rental Income | 9,000.00 |
| **Total Income** | 9,000.00 |
| **Gross Profit** | 9,000.00 |
| **Expense** | |
| 63300 · Insurance Expense | 2,229.20 |
| 63400 · Interest Expense | 5,928.18 |
| 68800 · Utilities | 1,431.16 |
| **Total Expense** | 9,588.54 |
| **Net Ordinary Income** | -588.54 |
| **Net Income** | -588.54 |

Page 1

11:53 AM
02/13/24
Accrual Basis

## Independence Press Building Master Tenant LLC
## Profit & Loss
### October through December 2023

| | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 707,883.96 |
| **Total Income** | 707,883.96 |
| **Gross Profit** | 707,883.96 |
| **Expense** | |
| Apartment Supplies | 55.93 |
| Bank Service Charges | 175.00 |
| Office Supplies | 2,235.21 |
| Parking | 262.50 |
| Payroll Expenses | 88,627.20 |
| Professional Fees | 2,771.55 |
| Rent Expense | 592,566.66 |
| Travel Expense | 20.00 |
| Utilities | 40,748.74 |
| **Total Expense** | 727,462.79 |
| **Net Ordinary Income** | -19,578.83 |
| **Net Income** | -19,578.83 |

11:45 PM
04/18/24
Accrual Basis

# JM Capital US LLC
# Profit & Loss
### January through December 2023

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 75.00 |
| **Total Expense** | 75.00 |
| **Net Ordinary Income** | -75.00 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | -75.00 |

11:48 PM
04/18/24
Accrual Basis

# JM Investment US LP
## Profit & Loss
### January through December 2023

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Extended Stay Lease Income | 59,950.00 |
| Other Lease(Zayo) Income | 1,200.00 |
| Solar Panel Income | 0.00 |
| Tower Rental Income | 8,497.50 |
| **Total Income** | 69,647.50 |
| **Gross Profit** | 69,647.50 |
| **Expense** | |
| Advertising and Promotion | 0.00 |
| Automobile Expense | 0.00 |
| Bank Service Charges | 25.00 |
| Business Licenses and Permits | 0.00 |
| Commission | 0.00 |
| Insurance Expense | 53,113.50 |
| Management Fees | 16,763.35 |
| Meals & Entertainment | 0.00 |
| Office Supplies | 0.00 |
| Professional Fees | 0.00 |
| Repairs and Maintenance | 0.00 |
| Security Expense | 0.00 |
| Sewer Charges | 0.00 |
| Trash Removal | 0.00 |
| Utilities | 0.00 |
| **Total Expense** | 69,901.85 |
| **Net Ordinary Income** | -254.35 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | 0.00 |
| Interest Expense | 106,667.00 |
| **Total Other Expense** | 106,667.00 |
| **Net Other Income** | -106,667.00 |
| **Net Income** | -106,921.35 |

9:03 AM
04/19/24
Accrual Basis

**Lancaster Price Realty L?**

## Profit & Loss
### January through December 2023

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 76,559.83 |
| **Total Income** | 76,559 83 |
| **Expense** | |
| Bank Service Charges | 17 85 |
| Business Licenses and Permits | 0 00 |
| Charitable Contributions | 0 00 |
| Commissions Expense | 7,000.00 |
| Interest Expense | 60,837.39 |
| Repairs and Maintenance | 0.00 |
| Taxes | 0.00 |
| Taxes - Property | 0 00 |
| Trash Removal | 2,160 00 |
| Utilities | 1,216 00 |
| **Total Expense** | 71,231 24 |
| **Net Ordinary Income** | 5,328 59 |
| **Net Income** | **5,328.59** |

5:16 PM

05/02/24

Accrual Basis

# MJ Central Investment, LP
## Profit & Loss
### October through December 2023

| | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42200 · Rental Income | 10,140.00 |
| **Total Income** | 10,140.00 |
| **Gross Profit** | 10,140.00 |
| **Expense** | |
| 63400 · Interest Expense | -43,750.00 |
| 66800 · Management Fee | -12,500.00 |
| 68200 · Taxes - State/City | 6,798.32 |
| 68600 · Utilities | 1,383.76 |
| **Total Expense** | -48,067.92 |
| **Net Ordinary Income** | 58,207.92 |
| **Net Income** | 58,207.92 |

4:13 PM
05/02/24
Accrual Basis

**MJ Central Investment, LP**
**Profit & Loss**
January through December 2023

| | Jan 23 | Feb 23 | Mar 23 | Apr 23 | May 23 | Jun 23 | Jul 23 | Aug 23 | Sep 23 | Oct 23 | Nov 23 | Dec 23 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| 42200 · Rental Income | 0.00 | 0.00 | 1,820.00 | 1,820.00 | 1,820.00 | 7,240.00 | 1,820.00 | 1,820.00 | 1,820.00 | 7,820.00 | 0.00 | 2,320.00 | 28,300.00 |
| Total Income | 0.00 | 0.00 | 1,820.00 | 1,820.00 | 1,820.00 | 7,240.00 | 1,820.00 | 1,820.00 | 1,820.00 | 7,820.00 | 0.00 | 2,320.00 | 28,300.00 |
| Gross Profit | 0.00 | 0.00 | 1,820.00 | 1,820.00 | 1,820.00 | 7,240.00 | 1,820.00 | 1,820.00 | 1,820.00 | 7,820.00 | 0.00 | 2,320.00 | 28,300.00 |
| **Expense** | | | | | | | | | | | | | |
| 60400 · Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| 63300 · Insurance Expense | 0.00 | 0.00 | 0.00 | 8,368.00 | 9,291.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,679.00 |
| 63400 · Interest Expense | 0.00 | 0.00 | 37,500.00 | 0.00 | 70,000.00 | 0.00 | 0.00 | 0.00 | 61,250.00 | -43,750.00 | 0.00 | 0.00 | 125,000.00 |
| 64700 · Professional Fees | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 700.00 | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 66800 · Management Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -37,543.76 | -12,500.00 | 0.00 | 0.00 | -50,043.76 |
| 68200 · Taxes - State/City | 0.00 | 0.00 | 3,400.00 | 4,454.16 | 0.00 | 0.00 | -18.75 | 0.00 | 0.00 | 0.00 | 0.00 | 6,798.32 | 14,633.73 |
| 68600 · Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,383.76 | 1,383.76 |
| Total Expense | 0.00 | 0.00 | 41,600.00 | 12,842.16 | 79,321.00 | 0.00 | -18.75 | 1,500.00 | 24,498.24 | -56,250.00 | 0.00 | 8,182.08 | 111,772.73 |
| Net Ordinary Income | 0.00 | 0.00 | -39,780.00 | -11,022.16 | -77,501.00 | 7,240.00 | 1,838.75 | 320.00 | -22,678.24 | 64,070.00 | 0.00 | -5,862.08 | -83,472.73 |
| **Net Income** | 0.00 | 0.00 | -39,780.00 | -11,022.16 | -77,501.00 | 7,240.00 | 1,838.75 | 320.00 | -22,678.24 | 64,070.00 | 0.00 | -5,862.08 | -83,472.73 |

11:39 AM
04/18/24
Cash Basis

**PA Ridge Associates, LP**
**Profit & Loss**
October through December 2023

| | Oct - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47400 · Rental Income | 592,566.66 |
| **Total Income** | 592,566.66 |
| **Gross Profit** | 592,566.66 |
| **Expense** | |
| 60400 · Bank Service Charges | 120.00 |
| 63400 · Interest Expense | 405,635.66 |
| 66700 · Professional Fees | 5,000.00 |
| 66800 · Management Fee | 17,500.00 |
| **Total Expense** | 428,255.66 |
| **Net Ordinary Income** | 164,311.00 |
| **Net Income** | 164,311.00 |

5:23 PM

04/26/24

Accrual Basis

# Redevelopment Consultants, LLC
## Profit & Loss
### October through December 2023

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** |  |
| Income |  |
| 42200 · Rental Income - MTG | 24,659.25 |
| 42250 · Rental Income - DEP | 40,438.90 |
| **Total Income** | 65,098.15 |
| **Gross Profit** | 65,098.15 |
| **Expense** |  |
| 50700 · Rent returned to Landlord | 87,814.58 |
| 60400 · Bank Service Charges | 4.00 |
| 64900 · Office Supplies | 724.72 |
| 66700 · Professional Fees | 8,600.00 |
| 67200 · Repairs and Maintenance | 607.35 |
| **Total Expense** | 97,750.65 |
| **Net Ordinary Income** | -32,652.50 |
| **Net Income** | -32,652.50 |

7:45 PM

05/01/24

Cash Basis

# Spring Garden Marketing & Investment, LLC
## Profit & Loss
### October through December 2023

|  | Oct - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** |  |
|   **Cost of Goods Sold** |  |
|     50200 · Subcontractors | 50,000.00 |
|     50500 · Purchases | -195,312.85 |
|   **Total COGS** | -145,312.85 |
|   **Gross Profit** | 145,312.85 |
|   **Expense** |  |
|     60400 · Bank Service Charges | 94.00 |
|     63300 · Insurance Expense | 15,247.03 |
|     63400 · Interest Expense | 40,000.00 |
|     66700 · Professional Fees | 2,500.00 |
|     66800 · Management Fee | 4,500.00 |
|     67200 · Repairs and Maintenance | 136,000.00 |
|     68600 · Utilities | 971.22 |
|   **Total Expense** | 199,312.25 |
|   **Net Ordinary Income** | -53,999.40 |
| **Other Income/Expense** |  |
|   **Other Expense** |  |
|     Refinance | -1,193,461.17 |
|   **Total Other Expense** | -1,193,461.17 |
|   **Net Other Income** | 1,193,461.17 |
| **Net Income** | 1,139,461.77 |

7:48 PM

05/01/24

Accrual Basis

# UIG Construction, LLC
## Profit & Loss
### October through December 2023

|                                                  | TOTAL        |
|--------------------------------------------------|--------------|
| **Ordinary Income/Expense**                      |              |
| **Income**                                       |              |
| 42600 · Construction Income                      | 63,856.15    |
| **Total Income**                                 | 63,856 15    |
| **Cost of Goods Sold**                           |              |
| 50200 · Subcontractors                           | 128,080.00   |
| 50500 · Purchases                                | 17,463.28    |
| 51900 · Other Construction Costs                 |              |
| 51925 · Construction Building Materials          | 9,465.38     |
| 51900 · Other Construction Costs - Other         | 39.87        |
| Total 51900 · Other Construction Costs           | 9,505.25     |
| **Total COGS**                                   | 155,048.53   |
| **Gross Profit**                                 | -91,192.38   |
| **Expense**                                      |              |
| 60400 · Bank Service Charges                     | 168.00       |
| 61000 · Business Licenses and Permits            | 126.44       |
| 63300 · Insurance Expense                        | 5,785.57     |
| 64900 · Office Supplies                          | 44.07        |
| 66001 · Payroll Expenses                         | 18,408.69    |
| 66100 · Payroll Tax Expense                      | 13,340.39    |
| 66300 · Parking                                  | 51.00        |
| 66700 · Professional Fees                        | 74,391.87    |
| 67200 · Repairs and Maintenance                  | 272.16       |
| 68200 · Taxes - State/City                       | 12,807.50    |
| 68400 · Travel Expense                           | 1,070.02     |
| 68600 · Utilities                                | 387.04       |
| **Total Expense**                                | 126,852 75   |
| **Net Ordinary Income**                          | -218 045 13  |
| **Net Income**                                   | -218,045.13  |

5:28 PM

04/26/24

Accrual Basis

# UNITED ASSOCIATES, LP
## Profit & Loss
### October through December 2023

| | Oct - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     42800 · Rental Income | 9,500.00 |
|   **Total Income** | 9,500.00 |
|   **Gross Profit** | 9,500.00 |
|   Expense | |
|     60400 · Bank Service Charges | 141.00 |
|     63400 · Interest Expense | 66.00 |
|     68600 · Utilities | 111.90 |
|   **Total Expense** | 318.90 |
|   **Net Ordinary Income** | 9,181.10 |
| **Net Income** | 9,181.10 |

5:46 PM

04/10/24

Cash Basis

## United Investment Group, LP
## Profit & Loss
### October through December 2023

|  | Oct - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42200 · Rental Income | 14,400.00 |
| **Total Income** | 14,400.00 |
| **Gross Profit** | 14,400.00 |
| **Expense** | |
| 60400 · Bank Service Charges | -0.59 |
| 63400 · Interest Expense | 4,509.28 |
| **Total Expense** | 4,508.69 |
| **Net Ordinary Income** | 9,891.31 |
| **Net Income** | 9,891.31 |

5:09 PM

05/02/24

Accrual Basis

## Vine International Inv, L.P.
## Profit & Loss
### October through December 2023

|  | Oct - Dec 23 |
| --- | --- |
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Rent Income | 63,250.00 |
| **Total Income** | 63,250.00 |
| **Gross Profit** | 63,250.00 |
| **Expense** |  |
| Bank Service Charges | -0.36 |
| Interest Expense | 28,253.92 |
| **Total Expense** | 28,253.56 |
| **Net Ordinary Income** | 34,996.44 |
| **Net Income** | 34,996.44 |

7:41 PM

05/01/24

Cash Basis

## Wei's Properties, Inc.
## Profit & Loss
### October through December 2023

| | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Construction Revenue** | 462,900.00 |
| **Maintenance Income** | 91,000.00 |
| **42200 · Rental Income** | 25,035.00 |
| **Total Income** | 578,935.00 |
| | |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 48,571.00 |
| 50200 · Subcontractors | 16,737.88 |
| 50500 · Purchases | 31,753.10 |
| **Total COGS** | 97,061.98 |
| | |
| **Gross Profit** | 481,873.02 |
| | |
| **Expense** | |
| 60400 · Bank Service Charges | 146.00 |
| 63400 · Interest Expense | 1,524.88 |
| 66700 · Professional Fees | 2,500.00 |
| 66800 · Management Fee | 12,395.74 |
| 67100 · Rent Expense | 95,889.33 |
| 68600 · Utilities | 2,533.53 |
| **Total Expense** | 114,989.48 |
| | |
| **Net Ordinary Income** | 366,883.54 |
| | |
| **Net Income** | 366,883.54 |