IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| JOHN WEI (f/k/a WEI XIANG YONG) | : |
| | : BANKRUPTCY NO. 23-13678 |
| Debtor. | : |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*The Debtor has filed a Motion to Enter into Forbearance Agreement Concerning Lancaster Pride Realty, LP* (the "Motion") with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in this Motion or if you want the Court to consider your views on the Motion, then on or before **July 24, 2024**, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:
    United States Bankruptcy Court for the Eastern District of Pennsylvania
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix Sr., Federal Courthouse
    900 Market Street – Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:
    Albert A. Ciardi, III, Esquire
    Daniel S. Siedman, Esquire
    CIARDI CIARDI & ASTIN
    1905 Spruce Street
    Philadelphia, PA 19103
    Telephone: 215-557-3550
    Telecopier: 215-557-3551
    aciardi@ciardilaw.com
    dsiedman@ciardilaw.com

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, on **July 31, 2024** at **11:00 a.m.** at the Robert C. Nix Sr., Federal Courthouse, 900 Market Street, Courtroom #4, Philadelphia, PA 19107 (or see website for alternative options).

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**CIARDI CIARDI & ASTIN**

By:  */s/ Daniel S. Siedman*
Albert A. Ciardi, III, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA  19103
Telephone:  215-557-3550
Date: June 21, 2024    Facsimile:  215-557-3551
aciardi@ciardilaw.com
dsiedman@ciardilaw.com

*Counsel to the Debtor*