IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: | :Case No. 23-13678 - AMC |
| JOHN WEI | : |
| Debtor | : |
| | :Chapter 11 |
| 1020-26 CHERRY STREET REALTY, LLC | : |
| Movant | :11 U.S.C. §362 |
| vs. | : |
| JOHN WEI | : |
| Respondent | : |

PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY
WITHOUT PREJUDICE

TO THE CLERK OF COURT:

Kindly withdraw the Motion For Relief From Automatic Stay, filed on April 22, 2024 (Doc 111) on behalf of 1020-26 Cherry Street Realty, LLC , regarding the above captioned Debtor, at your earliest convenience.

/s/ Robert H. Holber

Robert H. Holber, Esquire
Law Office of Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
(610) 565-5463

Counsel for Movant