UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                : Case No. 23-13678 - AMC

    JOHN WEI

    Debtor

_____ : Chapter 11

KT Investments, LLC :

    Movant                                          : 11 U.S.C. §362

    vs.

JOHN WEI

    Respondent

### PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY <u>WITHOUT PREJUDICE</u>

TO THE CLERK OF COURT:

Kindly withdraw the Motion For Relief From Automatic Stay, filed on April 22, 2024 (Doc 113) on behalf of KT Investments, LLC , regarding the above captioned Debtor, at your earliest convenience.

_____
Robert H. Holber, Esquire
Law Office of Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
(610) 565-5463

Counsel for Movant