IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOHN WEI (f/k/a WEI XIANG YONG)      CHAPTER 11

Debtor.      Case No. 23-13678 (MDC)

## CERTIFICATE OF SERVICE

I, Daniel S. Siedman, Esquire hereby certify that on this 21st day of June, 2024, a copy of the *Notice of Motion and Motion to Enter into Forbearance Agreement Concerning Lancaster Pride Realty, LP* was served via U.S. First Class Mail, postage prepaid, upon all parties as listed on the attached Service List.

**CIARDI CIARDI & ASTIN**

By:    */s/ Daniel S. Siedman*
        Daniel S. Siedman, Esquire

*Counsel to Debtor*

**Wei
2002 & US Trustee**

Kevin Callahan, Esquire
**Office of The United States Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Shin Da Enterprises, LLC
446-50 N. 6th St LLC & Lijian Ren**
c/o Kyle Garabedian, Esquire
Kang Haggerty LLC
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109

**First Citizens Community Bank**
c/o Daniel C. Kerrick, Esquire
Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806

**KT Investments, LLC**
c/o Robert H. Holber, Esquire
41 E. Front Street
Media, PA 19063

**Nationstar**
c/o Mr. Cooper
8950 Cypress Waters Blvd
Coppell, Texas 75019

**Phila & Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**Xiao Yu a/k/a Sean Yu**
c/o Joshua B. Ladov, Esquire
Ladov Law Firms, PC
Jefferson Center
1101 Market St., Ste 2820
Philadelphia, Pa 19107

**Holly Smith Miller, Esquire (Trustee)**
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107

**446-50 N. 6th St LLC & Lijian Ren**
c/o Edward Kang, Esquire
Kang Haggerty LLC
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109

**G&E Capital, LLC**
c/o Laurence A. Meister, Esquire
Mester & Schwartz, PC
1917 Brown Street
Philadelphia, PA 19130

**Nationstar Mortgage, LLC**
c/o Denise Carlon, Esq, Esquire
KML Law Group, PC
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

**Nationstar Mortgage LLC**
Mario Hanyon
Brock & Scott PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103-2930

**Wells Fargo, Bank**
c/o Andrew Spivack, Esquire
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054

**Yatsun Wen**
c/o Louis I. Lipsky, Esquire
Rachel I. Freedman, Esquire
Lipsky and Brandt
1101 Market Street, Suite 2820
Philadelphia, PA 19107

**City of Philadelphia Law Department**
Pamela Elchert Thurmond, Esquire
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**Shin Da Enterprises, LLC**
c/o Daniel D. Haggerty, Esquire
Kang Haggerty LLC
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109

**JP Vision Financial LLC**
c/o Francis M. Correll, Jr., Esquire
Christopher Leavell, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

**Nationstar Mortgage, LLC**
c/o Todd S. Garan, Esquire
Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

**Parke Bank**
Braverman Kaskey Garber, P.C.
c/o Isabella H. Gray, Esquire
David L. Braverman, Esquire
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103

**Wells Fargo Bank NA**
c/o Mario Hanyon, Esquire
Ryan Starks, Esquire
Brock and Scott, PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103

**1020-26 Cherry Street Realty, LLC**
c/o Robert H. Holber, Esquire
41 E. Front Street
Media, PA 19063

**Government agencies**

Pennsylvania Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PA Dept of Labor & Industry - UCTS
Bankruptcy & Compliance Unit
c/o Joseph Kots
625 Cherry Street; Room 203
Reading, PA 19602-1152

Christopher R. Momjian, Esquire
Commonwealth of Pennsylvania
Office of the Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA  19103

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Commonwealth of PA
Dept of Labor & Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17121-8568

Commonwealth of PA
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

**Creditors**

1020-26 Cherry Street Realty, LLC
c/o Ms. Stella Wong
161-167 E. Hunting Park Ave
Philadelphia, PA  19124

Asian Bank
111 N. 9th Street
Philadelphia, PA  19107

Bala Resources, LLC
c/o Adam Xu
207 N. 11th Street, 1st Floor
Philadelphia, PA  19107

City of Philadelphia
PO Box 1630
Philadelphia, PA  19105

First Citizens Community Bank
2901 Concord Pike
Wilmington, DE 19803

G&E Capital, LLC
1118 S. 12th Street
Philadelphia, PA  19147

HSBC Bank
PO Box 9
Buffalo, NY  14270

John J. McCreesh, IV
McCreesh McCreesh
McCreesh & Cannon
7035 Terminal Square
Upper Darby, PA 19082

JP Financials, LLC
21236 Valley Forge Circle
King of Prussia, PA  19406

JP Financial, LLC
PAK & Associates, PC
1349 W. Cheltenham Ave, Ste 103
Elkins Park, Pa 19027

Kilau Lee
810 Arch Street, Apt. 204
Philadelphia, PA 19107

Nationstar Mortgage
PO Box 60516
City of Industry, CA  91716

PAK & Associates, PC
1349 W. Cheltenham Ave, Ste 103
Elkins Park, Pa 19027

Parke Bank
c/o Isabella Gray, Esquire
Braverman Kaskey Gaber
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, Pa 19103

Phillip Chan
9 Greentree Way
Cherry Hill, NJ 08003

PNC Bank – Midland Loan Services
PO Box 25965
Overland Park, KS 66225

PNC, NA
Attn: Bankruptcy Dept
PO Box 489909
Charlotte, NC 28269

RMI Investment, LLC
c/o Sean Yu
117 Country Lane
Lansdale, PA 19446

Simon & Kenny LLC
801 Spring Garden Street
Philadelphia, PA 19123

Ms. Stella Wong
161-167 E. Hunting Park Ave
Philadelphia, PA 19124

Wells Fargo
PO Box 14411
Des Moines, IA 50306

Yatsun Wen
446 N. 12th Street
Philadelphia, PA 19123