IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN WEI (f/k/a WEI XIANG YONG)

                           Debtor.

: CHAPTER 11
:
: BANK. NO. 23-13678
:

## ORDER AUTHORIZING DEBTOR TO ENTER INTO FORBEARANCE AGREEMENT

Upon consideration of the motion of John Wei (the "Motion")[1] for an Order (I) Authorizing the Debtor to execute the Forbearance Agreement with First Citizens Community Bank ("FCCB") and for (II) related relief and after notice and hearing, it is hereby ORDERED, as follows:

1. The Motion is **GRANTED**;

2. The Debtor is permitted to execute the Forbearance Agreement attached to the Motion as Exhibit "A".

3. There exists good and sufficient business justification for the Debtor to enter into the Forbearance Agreement, as set forth in the Motion, and good cause for this Court to approve said Motion, as such agreements are in the best interest of the estate and the Debtor's creditors.

BY THE COURT

Date: July 31, 2024

*[signature]*

Hon. Ashely M. Chan
Chief United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.