**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : <br> : <br> **JOHN WEI F/K/A WEI XIANG YONG,** : Case No. 23-13678-AMC <br> : <br> Debtor. : Chapter 11 <br> : <br> : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

JP Vision Financial LLC ("Movants"), by and through undersigned counsel, have filed a Motion to Confirm the Non-Applicability of the Automatic Stay or, in the Alternative, for Relief from the Automatic Stay.

1. **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **fourteen days** from the date of this Motion **you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **September 18, 2024, at 11:00 a.m. in Courtroom No. 4, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

10839628.v3

Clerk
United States Bankruptcy Court for the Eastern District of Pennsylvania
Robert N.C. Nix Building
900 Market Street, Suite 202
Philadelphia, PA 19107-4299

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to all parties on the Clerk's Service List. You must also mail or deliver a copy of the Response to the movant's attorney listed as follows:

Francis M. Correll, Jr.
Christopher J. Leavell
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-4892
Facsimile: (215) 568-6603
Email:  fcorrell@klehr.com
cleavell@klehr.com

Dated: August 27, 2024

10839628.v3