IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOHN WEI (f/k/a WEI XIANG YONG)        CHAPTER 11

        Debtor.        Case No. 23-13678 (MDC)

## CERTIFICATE OF SERVICE

I, Daniel S. Siedman, Esquire hereby certify that on this 10th day of September, 2024, a copy of the ***Debtor's Limited Objection to the Motion for Relief from the Automatic Stay*** was served via electronic case filing (ecf) and U.S. First Class Mail, postage prepaid, upon all parties as listed on the attached Service List.

                **CIARDI CIARDI & ASTIN**

By:   ***/s/ Daniel S. Siedman***
       Daniel S. Siedman, Esquire

       *Counsel to Debtor*

Wei
**2002 & US Trustee**

Kevin Callahan, Esquire
**Office of The United States Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Holly Smith Miller, Esquire (Trustee)**
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107

**JP Vision Financial LLC**
c/o Francis M. Correll, Jr., Esquire
Christopher Leavell, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103