**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | : |
| **JOHN WEI F/K/A WEI XIANG YONG,** | : Case No. 23-13678-MDC |
| | : Chapter 11 |
| Debtor. | : |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Shin Da Enterprises Inc., 446-50 N. 6th St. LLC, and Lijian Ren ("Movants"), by and through undersigned counsel, have filed a MOTION TO DISMISS THE CHAPTER 11 BANKRUPTCY PETITION OR, IN THE ALTERNATIVE, MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **fourteen days** from the date of this Motion **you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **October 30, 2024 at 11:00 a.m. in Courtroom No 4, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

3631571.1

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

    Clerk
    United States Bankruptcy Court for the Eastern District of Pennsylvania
    Robert N.C. Nix Building
    900 Market Street, Suite 202
    Philadelphia, PA 19107-4299

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to all parties on the Clerk's Service List. You must also mail or deliver a copy of the Response to the movant's attorney listed as follows:

    Edward T. Kang
    Daniel Haggerty
    Kyle Garabedian
    Gregory H. Mathews

    Kang Haggerty LLC
    123 S. Broad Street, Suite 1670
    Philadelphia, PA 19109
    Tel: (215) 525 – 5850
    Fax: (215) 525 – 5860
    kgarabedian@kanghaggerty.com

Dated: September 12, 2024