UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA – PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| **JOHN WEI F/K/A WEI XIANG YONG,** | : Case No. 23-13678-AMC |
| | : |
| | : Chapter 11 |
| Debtor. | : |
| | : |

# SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION OF SHIN DA ENTERPRISES INC., 446-50 N. 6th ST. LLC, AND LIJIAN REN TO DISMISS THE CHAPTER 11 BANKRUPTCY PETITION OR, IN THE ALTERNATIVE, FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

1. On September 12, 2024, Shin Da Enterprises Inc., 446-50 N. 6th St. LLC, and Lijian Ren ("Movants") filed a Motion to Dismiss the Chapter 11 Bankruptcy Petition or, in the Alternative, for the Appointment of a Chapter 11 Trustee.

2. At the time that motion was filed, Debtor's 2023 Personal Financial Statement was not available. On September 16, 2024, Movants' counsel received that document in response to a document subpoena directed to Asian Bank. **See Exhibit A.**

3. Generally, Debtor's Personal Financial Statement, signed October 4, 2023 reports significantly higher asset values and ownership interests than those reported on Debtor's Petition for Bankruptcy filed two months later, on December 4, 2024.

4. Specifically, in his Personal Financial Statement, Debtor reports having total assets of **$122,523,450**, with a net worth of $55,790,812 with $4,488,884 cash on hand.

5. Additionally, Debtor continues to frustrate discovery efforts ongoing within the Bankruptcy proceeding, and in the RICO Action.

6. In the adversary proceeding captioned *Wei v. Shin Da Enterprises et. al.* (Case No. 23-13678-AMC Adv.), Movants served discovery requests seeking disclosure of Debtor's assets.

3632075.1

7. Following a Motion to Quash filed by Debtor that significantly delayed those disclosures, the Court ordered Debtor to provide his discovery responses by September 6, 2024. That order is attached as **Exhibit B**. To date, Debtor has not provided any responses or documents.

8. Additionally, in the RICO Action, Movants served a subpoena on three entities controlled by Debtor, Independence Press Master Tenant, LLC, Independence Press Building MT Managing Member, LLC, and Independence Press Building Management Company.

9. These entities all relate to, and control the cashflow for, PA Ridge Associates, which Debtor valued at $41,300,000 on his 2023 Personal Financial Statement. *See* Ex. A at p. 4.

10. These entities failed to respond to the subpoenas, leading to a Rule to Show Cause Hearing on September 17, 2024 before the Honorable Chad F. Kenney.

11. By order following that hearing, Judge Kenney continued the hearing until October 2, 2024, where these entities will be required to show cause why they should not be held in contempt of court and sanctioned. That that order is attached hereto as **Exhibit C**.

12. Movants respectfully request that the Court consider this supplemental filing as an attachment to its Motion to Dismiss Debtor's Bankruptcy Petition, or, in the Alternative, for the Appointment of a Chapter 11 Trustee.

.  
                                                                  Respectfully submitted,  
                                                                  **KANG HAGGERTY LLC**

By:    /s Kyle Garabedian  
        Edward T. Kang  
        Daniel Haggerty  
        Kyle Garabedian  
        Gregory H. Mathews  
        123 S. Broad Street, Suite 1950  
        Philadelphia, PA 19109  
        Tel: (215) 525-5850  
        kgarabedian@kanghaggerty.com  
        Attorneys for Movants

Dated: September 19, 2024

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| **JOHN WEI F/K/A WEI XIANG YONG,** | : Case No. 23-13678-MDC |
| | : |
| | : Chapter 11 |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

I, Kyle Garabedian, hereby certify that on September 9, 2024, I caused a true and correct copy of the foregoing Motion to Dismiss the Chapter 11 Bankruptcy Petition or, in the Alternative, for the Appointment of a Chapter 11 Trustee to be served electronically via CM/ECF and via electronic mail as follows:

John Wei (f/k/a Wei Xiang Yong), Chapter 11 Debtor
525 N. 11th Street, Suite 101
Philadelphia, PA 19123

Frank M. Correll Jr., Esquire
Christopher John Leavell, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
fcorrell@klehr.com
cleavell@klehr.com

David L. Braverman, Esquire
Braverman Kaskey Garber, P.C.
One Liberty Place
1650 Market Steet, Floor 56
Philadelphia, PA 19103
dbraver@braverlaw.com

Albert A. Ciardi III, Esquire
Daniel S. Siedman, Esquire
Ciardi Ciardi and Astin
1905 Spruce Street
Philadelphia, PA 19103
aciardi@ciardilaw.com
dsiedman@ciardilaw.com

3632075.1

Holly Smith Miller, Esquire (Trustee)
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
hsmiller@gsbblaw.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Kevin P. Callahan, Esquire
Department of Justice
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
kevin.p.callahan@usdoj.gov

Louis I. Lipsky, Esquire
Rachel I. Freedman, Esquire
Lipsky and Brandt
1101 Market Street, Suite 2820
Philadelphia, PA 19107
LLipsky@lipskybrandt.com
rfreedman@lipskybrandt.com

Mario Hanyon, Esquire
Brock and Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
wbecf@brockandscott.com

Daniel C. Kerrick, Esquire
Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
dckerrick@dkhogan.com
gfmcdaniel@dkhogan.com

2

3632075.1

Denise Elizabeth Carlon, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com

Mark A. Cronin, Esquire
Law Office of Mark A. Cronin
128 Hillside Road
Wayne, PA 19087
philalaw@aol.com

Howard Gershman, Esquire
P.O. Box 245
Ft. Washington, PA 19034
hg229ecf@gmail.com

Isabella H. Gray, Esquire
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street
Philadelphia, PA 19103
igray@klehr.com

Robert H. Holber, Esquire
Attorney Robert H. Holber PC
41 East Front Street
Media, PA 19063
rholber@holber.com

Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street
Suite 2820
Philadelphia, PA 19107-2993
jladov@ladovlaw.com

Michelle L. McGowan, Esquire
Robertson, Anschutz, Schneid, Crane & Partners PLLC
13010 Morris Road
Suite 450
Alpharetta, GA 30004
mimcgowan@raslg.com

Case 23-13678-amc    Doc 155    Filed 09/19/24    Entered 09/19/24 14:54:48    Desc Main
Document    Page 6 of 18

Laurence A. Mester, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
lmester@mesterschwartz.com

Christopher R. Momjian, Esquire
Office of the Attorney General
1600 Arch Street
3rd Floor
Philadelphia, PA 19103
crmomjian@attorneygeneral.gov

Andrew L. Spivack, Esquire
Brock & Scott, PLLC
302 Fellowship Road
Suite 30
Mount Laurel, NJ 08054
Andrew.spivack@brockandscott.com

Stephen R. Starks, Esquire
Brock & Scott PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
ryan.starks@brockandscott.com

Pamela Elchert Thurmond, Esquire
City of Philadelphia
Law/Revenue Department, Municipal Services Building
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, PA 19102
pamela.thurmond@phila.gov

    /s/ Kyle Garabedian
    Kyle Garabedian

4

# EXHIBIT A

| Section 1 - Individual Information | | | | Section 2 - Other Party Information | | | |
|---|---|---|---|---|---|---|---|
| Name | John Wei | | | Name | Jian Mei He | | |
| Address | 525 N 11th St, Unit 101 | | | Address | | | |
| City, State, & Zip | Philadelphia, PA 19123 | | | City, State, & Zip | | | |
| Position or Occupation | President & CEO | | | Position or Occupation | | | |
| Business Name | United Development LLC | | | Business Name | | | |
| Business Address | 525 N 11th St, Unit 101 | | | Business Address | | | |
| City, State & Zip | Philadelphia, PA 19123 | | | City, State & Zip | | | |
| Length of Employment | 21+ years | | | Length of Employment | | | |
| Bus. Phone | (267) 250-1210 | Bss. Phone | (267) 880-9288 | Bus. Phone | | Bss. Phone | |
| Other Phone | (267) 918-1760 | ☒ U.S. Citizen | ☐ Permanent Resident | Other Phone | | ☐ U.S. Citizen | ☐ Permanent Resident |

| Section 3 - Statement of Financial Condition as of: | | | | September-2023 |
|---|---|---|---|---|
| Assets (Do not include assets of doubtful value) | In dollars (omit cents) | Liabilities | | In dollars (omit cents) |
| | | Notes payable to banks - see Schedule G | $ | 2,064,000 |
| Cash on hand and in Bank - see Schedule A | $ 2,118,592 | Notes Due Partnerships - see Schedule J | $ | - |
| Cash on hand and in Bank - see Schedule B | $ 2,370,292 | Due to Brokers | $ | - |
| U.S. Gov't & marketable securities - see Schedule C | $ - | Amounts payable to others - secured | $ | - |
| Non - marketable securities - see Schedule D | $ - | Amounts payable to others - unsecured | $ | - |
| Securities held by broker in margin accounts | $ - | Accounts and bills due | $ | - |
| Restricted, control or margin account stocks | $ - | Automobiles Loan | $ | - |
| Real Estate owned - see Schedule E | $ 117,904,000 | Unpaid income tax | $ | - |
| Accounts, loans, and notes receivable | $ - | Other unpaid taxes and interest | $ | - |
| Automobiles (Present Value) | $ 63,000 | Real Estate mortgages payable - see Schedule E | $ | 64,668,639 |
| Other personal property | $ - | Other debts (car payments, credit cards, etc.) - itemize | $ | - |
| Cash surrender value - life insurance - see Schedule F | $ 67,566 | Credit Card | $ | - |
| Partnerships -see Schedule H | $ - | Life Insurance Loans- see Schedule F | $ | - |
| Other assets-itemize - see Schedule I | $ - | Estimate Tax if Properties are Sold | $ | - |
| | | Total Liabilities | $ | 66,732,639 |
| | | Total Net Worth | $ | 55,790,812 |
| Total Assets | $ 122,523,450 | Total Liabilities and Net Worth | $ | 122,523,450 |

| PERSONAL INFORMATION | YES | NO | ACCOUNTANT |
|---|---|---|---|
| Do you have a will? | X | | Name: |
| If so, name executor: | | | Address: |
| | | | Phone: |
| Have you ever declared bankruptcy? | | X | |
| If so, describe: | | | ATTORNEY |
| | | | Name: |
| Have you ever been audited by the IRS? | | X | Address: |
| If so, describe: | | | Phone: |

Page 1 of 5

X _____
John Wei

X _____
Jian Mei He

10/4/2023
Date

AB02099

| Section 4-Annual Income For Year Ended 2021 | | Annual Expenditures | | Contingent Liabilities | | | Estimated Amounts |
|---|---|---|---|---|---|---|---|
| Salary | $ 249,186 | Mortgage/rental payments | $ 14,400 | Do you have any... | Yes | No | |
| Bonus & commissions | $ - | Real Estate taxes & assessments | $ - | Contingent liabilities | X | | |
| Dividends & interest | $ 3,525 | Taxes - federal, state & local | $ 58,922 | Involvement in pending legal actions? | | X | |
| Real Estate income | $ 978,749 | Insurance payments | $ 51,500 | Other special debt or circumstances | | X | |
| Tax Free Income | $ - | Other contract payments (car payments, charge cards, etc.) | $ 158,243 | Contested income tax liens? | | X | |
| Other Income | $ - | Alimony, child support, maintenance | $ - | If "yes" to any question(s) describe: | | | |
| (alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.) | | Other expenses Property Maintenance Fee | $ - | | | | |
| Total Income | $ 1,231,460 | Total Expenditures | $ 283,065 | Total Contingent Liabilities | | | $ - |

### SCHEDULE A - CASH AND CERTIFICATE OF DEPOSIT IN OTHER BANKS

| Description | Name of Institution | In Name of | Are these Pledged or Held by others? | Value |
|---|---|---|---|---|
| Money Market CD | Victory Bank | John Wei | No | $ 2,000,000 |
| Checking Account | HSBC Bank | John Wei | No | $ 19,631 |
| Checking Account | Citizens Bank | John Wei & Jian-Mei He | Yes | $ 11,315 |
| Checking Account | The Bank of Princeton | John Wei & Jian-Mei He | Yes | $ 33,937 |
| Checking Account | TD Bank | John Wei & Jian-Mei He | Yes | $ 46,560 |
| Checking Account | Victory Bank | John Wei & Jian-Mei He | Yes | $ 7,149 |
| | | | | |

### SCHEDULE B - CASH AND CERTIFICATE OF DEPOSIT IN OTHER BANKS

| Description | Name of Institution | In Name of | Are these Pledged or Held by others? | Value |
|---|---|---|---|---|
| Checking Account & Reserve Account | Parke Bank | 500 Loft LLC | No | $ 257,571 |
| Checking Account | Parke Bank | 1028 Arch LP | No | $ 38,405 |
| Interest Reserve | Parke Bank | 1028 Arch LP | No | $ 100,000 |
| Checking Account | Parke Bank | AJ Fortune LLC | No | $ 174 |
| Checking Account | Asian Bank | Hunting Park Investment LLC | No | $ 7,116 |
| Checking Account | Parke Bank | Independent Press Building Management | No | $ 97,668 |
| Checking Account | Citizens Bank | Independent Press Building Master Tenant | No | $ 8,543 |
| Checking Account | Parke Bank | Independent Press Building Master Tenant | No | $ 48,295 |

Page 2 of 5

AB02100

| Description | Name of Institution | In Name of | Are these Pledged or Held by others? | Value |
|---|---|---|---|---|
| Checking Account | TD Bank | JM Capital US LLC | No | $ 15,176 |
| Checking Account | TD Bank | JM Investment US LP | No | $ 185,625 |
| Checking Account | First Citizens Community Bank | Lancaster Pride Realty LP | No | $ 72,202 |
| Checking Account | Parke Bank | MJ Central Investment LP | No | $ 60,260 |
| Checking Account | Parke Bank | PA Ridge Associates LP | No | $ 78,600 |
| Checking Account | PNC Bank | PA Ridge Associates LP | No | $ 860,000 |
| Checking Account | Citizens Bank | Spring Garden Marketing & Investment LLC | No | $ 20,166 |
| Checking Account | Citizens Bank | UIG Construction LLC | No | $ 70,996 |
| Checking Account | Parke Bank | Vine International Investments LP | No | $ 100,000 |
| Checking Account | Citizens Bank | Wei's Properties Inc. | No | $ 88,617 |
| Checking Account | Parke Bank | AJ Land LLC | Yes (56%) | $ 21,694 |
| Checking Account -Misc Hold | Parke Bank | AJ Land LLC | Yes (56%) | $ 20,000 |
| Checking Account | TD Bank | City Hotel Group Inc. | Yes (64%) | $ 142,227 |
| Checking Account | Citizens Bank | United Associates LP | Yes (64%) | $ 6,560 |
| Checking Account | Citizens Bank | E-Town Development LP | Yes (50%) | $ 8,383 |
| Checking Account | WSFS Bank | E-Town Development LP | Yes (50%) | $ 8,134 |
| Checking Account | Parke Bank | Gree HVAC US LLC | Yes (50%) | $ 1,733 |
| Checking Account | Citizens Bank | JD Living USA LLC | Yes (50%) | $ 41,577 |
| Checking Account | Parke Bank | UD Realty LLC | Yes (50%) | $ 495 |
| Checking Account | Parke Bank | United Investment Group LP | Yes (44%) | $ 10,076 |

### SCHEDULE C - U.S. GOVERNMENT & MARKETABLE SECURITIES

| Number of Shares or Face Value of Bonds | Description | In Name of | Are the Registered Pledged or Held by others? | Cost | Market Value |
|---|---|---|---|---|---|
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |

### SCHEDULE D - NON - MARKETABLE SECURITIES

| Number of Shares | Description | In Name of | Are the Registered Pledged or Held by others? | Original Investment | Current Value | Source of Value |
|---|---|---|---|---|---|---|
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |

Page 3 of 5

AB02101

## SCHEDULE E - RESIDENCE AND OTHER REAL ESTATE (PARTIALLY OR WHOLLY OWNED)

| Address and Type of Property | Title in Name of | % of Ownership | * Monthly Rental Income | * Other Expenses | * Market Value | * Monthly Payment | * Contingent Liability | Lender |
|---|---|---|---|---|---|---|---|---|
| | | | All * are calculated based on the % of Ownership | | | | | |
| 411-419 N. 9th St Phila Comm. Building of 59,000 sq. ft. & Comm. parking lot | 500 Loft LLC | 100% | $ 44,500 | $ 2,665 | $ 9,000,000 | $ 28,014 | $ 4,203,563 | Parke Bank |
| 1026 Arch St., 1028 Arch St., Phila Mixed Use Comm. & (#) Apt. | 1028 Arch LP | 100% | $ 45,500 | $ 4,750 | $ 7,500,000 | $ 38,205 | $ 4,124,524 | Parke Bank |
| 541-543 Washington Ave & 1043 S 6th St Phila Mixed Use Comm. & (#) Apt. | C. C. Loft Associates LLC | 100% | $ 5,500 | $ 1,560 | $ 950,000 | $ 3,281 | $ 378,130 | Parke Bank |
| 7037 N Broad St Phila (Lot 22,000 sf Building 13,332 sf) | Hunting Park Investment LLC | 100% | $ 11,000 | $ 980 | $ 1,500,000 | $ 3,791 | $ 587,531 | Asian Bank |
| 915 Route 73 Mt. Laurel NJ (279 Hotel Rooms, 500 parking lot & water park) Total 619,166 Sq Ft | JM Investment US LP | 100% | $ 265,000 | $ 65,000 | $ 21,000,000 | $ 120,000 | $ 10,700,000 | JP Financial LLC |
| 901 N. Penn St Phila F1307 Waterfront Condo. | John Wei & Jian M. He | 100% | $ 2,150 | $ 421 | $ 325,000 | $ 1,578 | $ 123,388 | Wells Fargo |
| 4800 Lancaster Pike Wilmington DE 127 Beds & 74 Units Independent Senior Living in Progress | Lancaster Pride Realty LP | 100% | $ 28,500 | $ 5,300 | $ 7,850,000 | $ 20,169 | $ 4,246,000 | First Citizens Community Bank |
| 1123-32 Spring Garden St. Phila (Hotel 43 Rooms) 1135 Spring Garden St. (Mixed Use 1122-32 Brandywine St Comm. & Apt.) | MJ Central Investment LP | 100% | $ 34,300 | $ 1,750 | $ 7,500,000 | $ 23,333 | $ 3,500,000 | JP Financial LLC |
| 525 N. 11th St Phila Mixed 8 Comm. Units, & 92 Apts. & 92 Parking Spots | PA Ridge Associates LP | 100% | $ 268,370 | $ 18,303 | $ 41,300,000 | $ 145,692 | $ 27,952,807 | PNC Bank |
| 142-144 N. Broad St Phila Mixed Use Comm. Parking Lot in Progress | Spring Garden Marketing & Investment LLC | 100% | $ - | $ 7,500 | $ 9,000,000 | $ 25,000 | $ 3,500,000 | JP Vision Financial LLC |
| 1023 Vine St Phila 1 Comm. Parking lot | Vine International Investment LP | 100% | $ 36,000 | $ 1,500 | $ 5,000,000 | $ 18,674 | $ 2,635,698 | Parke Bank |
| 1019-23 Appletree St. Phila Mixed Use Comm. & Apt. | United Associates LP | 64% | $ 3,500 | $ 105 | $ 704,000 | $ 1,714 | $ 100,022 | See Schedule-G |
| 1020-26 Cherry St Phila (1 Restaurant commercial, 42 key hotel rooms & parking lot) | AJ Land LLC | 56% | $ 27,216 | $ 853 | $ 5,000,000 | $ 22,342 | $ 2,423,310 | Parke Bank |
| 1702 S. 4th St. Phila Single Family | John Wei (Luk H. Wing) | 50% | $ 1,600 | $ 165 | $ 160,000 | $ 777 | $ 18,187 | Nation Star |
| 1719 S. 8th St. Phila Multi Unit 3 Apts. | E-Town Development LP | 50% | $ 2,250 | $ 210 | $ 175,000 | $ - | $ - | N/A |
| 347 Unruh Ave. Phila Single Family | John Wei (Luk H. Wing) | 50% | $ 1,200 | $ 92 | $ 130,000 | $ - | $ - | N/A |
| 426 Morris St. Phila Multi Unit | John Wei (Luk H. Wing) | 50% | $ 1,500 | $ 180 | $ 150,000 | $ - | $ - | N/A |
| 117 N. 11th St. Phila Comm. Public Parking Lot | United Investments Group LP | 44% | $ 5,000 | $ 450 | $ 660,000 | $ 2,114 | $ 175,478 | Parke Bank |

Page 4 of 5

AB02102

### SCHEDULE F - LIFE INSURANCE CARRIED, INCLUDING GROUP INSURANCE

| Name of Insurance Company | Owner of Policy | Beneficiary and Relationship | Face Amount | Policy Loans | Cash Surrender Value |
|---|---|---|---|---|---|
| MassMutual | Ying Wei | John Wei (Son)<br>Jian-Mei He (Inlaw) | $ 2,000,000 | $ - | $ 58,358 |
| MassMutual | Jian-Mei He | John Wei (Husband)<br>Mila & Hailey Wei (Daughters) | $ 3,000,000 | $ - | $ - |
| Transamerica Premier Life Insurance Company | John Wei | Jian-Mei He (Wife) | $ 500,000 | $ - | $ 9,208 |

### SCHEDULE G - BANK AND OTHER INSTITUTIONAL RELATIONSHIPS

| Name and Address of Creditor | Credit Line Amount | Date of Loan | Maturity Date | Unsecured or Secured (List Collateral) | Monthly Payment | Amount Owed |
|---|---|---|---|---|---|---|
| Bala Resources LLC | $ 2,000,000 | 9/1/2022 | 8/31/2025 | Line of Credit | $ 13,333 | $ 2,000,000 |
| Kilau Lee & Jing Chu | $ 224,000 | 2/6/2014 | 2/28/2029 | 1019-23 Appletree St.<br>Mixed Use Comm. & 2 Apt. | $ 1,714 | $ 100,022 |
| HSBC Bank | $ 80,000 | 5/1/2022 | N/A | Line of Credit for Wei's Properties Inc. | $ 1,005 | $ 64,000 |

### SCHEDULE H - PARTNERSHIPS

| Type of Investment | Date Initial Investment | Market Value | Percent Owned | Current Market Value (Of Your ownership Interest) | Balance Due on Partnership: Notes, Cash call | Final Contribution Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

### SCHEDULE I - BUSINESS VENTURES AND OTHER ASSETS

| List Name and Address of Any Business Venture in Which You are an Owner, Stockholder, or Partner | Total Assets Listed in Section 3 | Your % of Ownership | Your Position / Title in the Business | Total Assets of Business | Line of Business | Years in Business |
|---|---|---|---|---|---|---|
| City Hotel Group Inc. D.B.A. Sleep Inn. | $ 320,000 | 64% | President | $ 500,000 | Hospitality | 9 |
| | | | | | | |
| | | | | | | |

Page 5 of 5

AB02103

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOHN WEI (f/k/a WEI XIANG YONG)<br>Debtor.<br><br>JOHN WEI (f/k/a WEI XIANG YONG)<br>Plaintiff,<br>v.<br><br>SHIN DA ENTERPRISES, INC. 446-50 N. 6TH STREET, LLC; AND LIJIAN REN<br>Defendants. | CHAPTER 11<br><br>Case No. 23-13678-AMC Adv.<br><br>Pro. No. 24-00055-AMC |

## ORDER

**AND NOW,** this <u>5th</u> day of <u>Sept.</u>, 2024, upon consideration of Motion of the Plaintiff to Quash the Subpoenas Issued by Defendants and the Request for Documents Directed to the Debtor/Plaintiff (ECF Doc. No. 11) (the "Motion to Quash"), and Defendants' response in opposition thereto, and after oral argument on the Motion to Quash, it is hereby **ORDERED** that Plaintiff's Motion to Quash is **GRANTED IN PART AND DENIED IN PART. IT IS FURTHER ORDERED** that:

1. Plaintiff shall respond to Defendants' Request for Documents, without objection other than to privilege, by September 6, 2024, except that the timeframe for the requested documents shall be from January 1, 2023 to present; and

2. The Motion to Quash is denied as to all subpoenas issued by Defendants; and

3. All case management deadlines are extended by ninety (90) days.

3629617.1

**BY THE COURT:**

_____

**J.**

# EXHIBIT C

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIN DA ENTERPRISES INC., et al.,** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WEI XIANG YONG, et al.,** | : | |
| *Defendants.* | : | NO. 21-cv-03384 |

### O R D E R

**AND NOW,** this **17th** day of **September 2024**, following the hearing held earlier today requiring Independence Press Building MT Managing Member, LLC, Independence Press Building Master Tenant LLC, and Independence Press Building Management Company (collectively, "Respondents") to show cause before this Court pursuant to the Order to Show Cause (ECF No. 371), it is hereby **ORDERED** that the Order to Show Cause (ECF No. 371) is **CONTINUED** to **October 2, 2024, at 9 a.m.**

Respondents are **ORDERED** to show cause before this Court, in Courtroom 11B of the United States District Court for the Eastern District of Pennsylvania at 601 Market Street, Philadelphia, PA 19106, on **October 2, 2024, at 9 a.m.**: (1) why Respondents should not be sanctioned for failing to comply with this Court's July 31, 2024 Order (ECF No. 358); (2) why Respondents should not be held in contempt of the July 31, 2024 Order (ECF No. 358); (3) why Respondents should not be required to pay daily fines to the court; (4) why Respondents should not be required to compensate Plaintiffs for their attorneys' fees in connection with bringing Respondents into compliance with the Subpoena (*see* ECF No. 367-3); and (5) why this Court should not grant any other and further relief that this Court deems just and equitable.

It is further **ORDERED** that the parties shall file a joint status report by **12:00 p.m. September 27, 2024**. The Parties must meet and confer prior to filing the report.

**BY THE COURT:**

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**