United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13678-amc |
| John Wei | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 02, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wei, 525 N. 11th Street, Suite 101, Philadelphia, PA 19123-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
   on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Albert Anthony Ciardi, III
   on behalf of Debtor John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
   on behalf of Plaintiff John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

CHRISTOPHER JOHN LEAVELL
   on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com  lclark@klehr.com

CHRISTOPHER R. MOMJIAN
   on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

DANIEL CHRISTOPHER KERRICK
   on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com  gdurstein@dkhogan.com

Case 23-13678-amc    Doc 158    Filed 10/04/24    Entered 10/05/24 00:33:00    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**DANIEL D. HAGGERTY**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com

**DANIEL S. SIEDMAN**
on behalf of Plaintiff John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DANIEL S. SIEDMAN**
on behalf of Defendant John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DANIEL S. SIEDMAN**
on behalf of Debtor John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DAVID L. BRAVERMAN**
on behalf of Creditor Parke Bank dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

**EDWARD T. KANG**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

**FRANK M. CORRELL, JR.**
on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com afoody@klehr.com

**HOLLY SMITH MILLER, ESQ.**
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

**HOLLY SMITH MILLER, ESQ.**
hsmiller@gsbblaw.com chsm11@trustesolutions.net

**HOLLY SMITH MILLER**
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

**ISABELLA H. GRAY**
on behalf of Creditor Parke Bank igray@klehr.com marano@braverlaw.com;gollotto@braverlaw.com

**JOSHUA B. LADOV**
on behalf of Creditor Xiao Yu jladov@ladovlaw.com admin@ladovlaw.com

**KEVIN P. CALLAHAN**
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**KYLE GARABEDIAN**
on behalf of Plaintiff Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Plaintiff 446-50 N. 6th St LLC kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Plaintiff Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant 446-50 North 6th Street LLC kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**LAURENCE A. MESTER**
on behalf of Creditor G&E Capital LLC lmester@mesterschwartz.com

**LOUIS I. LIPSKY**
on behalf of Yatsun Wen LLipsky@lipskybrandt.com afaino@lipskybrandt.com

**MARIO J. HANYON**
on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

**PAMELA ELCHERT THURMOND**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 02, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL I. FREEDMAN
    on behalf of Yatsun Wen rfreedman@lipskybrandt.com  snita@lipskybrandt.com

ROBERT H. HOLBER
    on behalf of Attorney Robert H Holber rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

ROBERT H. HOLBER
    on behalf of Creditor 1020-26 Cherry Street Realty  LLC rholber@holber.com, LawOfficeofRobertHHolberPC@jubileebk.net

STEPHEN R. STARKS
    on behalf of Creditor Wells Fargo Bank  N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 38

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **JOHN WEI F/K/A WEI XIANG YONG,** | : Case No. 23-13678-AMC |
| | : |
| Debtor. | : Chapter 11 |
| | : |
| | : |

**STIPULATED ORDER CONFIRMING NOMINAL RELIEF FROM AUTOMATIC STAY TO NAME DEBTOR IN
STATE COURT FORECLOSURE PROCEEDING**

Pursuant to the terms of this stipulated order (the "Stipulated Order") resolving the *Motion of JP Vision Financial LLC's Motion to Confirm the Non-Applicability of Automatic Stay or, in the Alternative, for Relief from the Automatic Stay* (ECF No. 147) (the "Motion"), debtor John Wei f/k/a Wei Xiang Yong (the "Debtor") and creditor/contract counterparty JP Vision Financial LLC ("JP Vision" and, together with the Debtor, the "Parties"), by and through their respective undersigned counsel, hereby agree to resolve the Motion as follows:

WHEREAS, on December 4, 2023 (the "Petition Date"), Debtor filed a voluntary petition under Chapter 11 of Bankruptcy Code (the "Bankruptcy Case"); and

WHEREAS, JP Vision filed a foreclosure action in the Superior Court of New Jersey for Burlington County against JM Investment US LP, Superior Court of New Jersey, Chancery Division, Burlington County, case no. SWC-F-008364-24 (the "Foreclosure Action") in connection with certain real property located at 915 Route 73, Mount Laurel, New Jersey 08054 (the "Property"); and

WHEREAS, the Debtor has an interest in the Property's owner, JM Investment US LP ("JM Investment") as well as executed a personal guaranty in connection with the loan made by JP Vision to JM Investment (the "Guaranty"); and

11139764.v4

WHEREAS, the Foreclosure Action is an *in rem* proceeding against the Property and not an *in personam* proceeding against the Debtor;

WHEREAS, JP Vision filed the instant Motion on August 27, 2024 for leave to name the Debtor as a nominal defendant in the Foreclosure Action in recognition of Debtor's Guaranty and interest in JM Investment and to confirm that no automatic stay would prohibit this action; and

WHEREAS, on September 10, 2024, Debtor filed a limited objection to the Motion (the "Objection"); and

WHEREAS, the Parties engaged in discussions to resolve the Motion and the Objection; and

WHEREAS, the Parties wish to resolve their differences in the form of this Stipulated Order to be executed as an order of this Court.

## AGREEMENT

NOW, THEREFORE, in consideration of the mutual promises contained herein, the Parties, intending to be legally bound, stipulate and agree, and the Court hereby ORDERS, as follows:

1. The above recitals are incorporated herein as if set forth fully at length.

2. The automatic stay that arose in the Bankruptcy Case (i) does not bar JP Vision from amending its complaint in the Foreclosure Action to add Debtor as a nominal defendant and (ii) does not prohibit JP Vision's enforcement of its rights in connection with JM Investment and the Property in the Foreclosure Action.

3. To the extent that in the future it is alleged that JP Vision's actions in paragraph 2 have violated or will violate the automatic stay in Debtor's Bankruptcy Case, such actions are hereby determined by the Bankruptcy Court not to violate the automatic stay.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Stipulated Order sets forth the entire agreement between the Parties and may not be altered or modified, other than in writing and with the approval of the Bankruptcy Court.

5. This Stipulated Order may be executed in counterparts.

6. This Court retains jurisdiction to adjudicate matters arising under or in connection with this Stipulated Order.

7. This Stipulated Order shall be binding upon the Parties hereto and their respective executors, heirs, successors and assigns, including but not limited to any trustee who may be appointed in the Bankruptcy Case.

[Signatures on following page]

AGREED TO IN ADVANCE:

| **CIARDI CIARDI & ASTIN**<br><br>By: /s/ *Daniel S. Seidman*<br>  Daniel S. Siedman<br>  1905 Spruce Street<br>  Philadelphia, PA  19103<br>  Tel:  (215) 557-3550<br>  Fax:  (215) 557-3551<br>  aciardi@ciardilaw.com<br>  *Counsel to the Debtor* | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>By: /s/ *Christopher J. Leavell*<br>  Francis M. Correll, Jr.<br>  Christopher J. Leavell<br>  1835 Market Street, Suite 1400<br>  Philadelphia, PA 19103<br>  Tel: (215) 569-2700<br>  Fax: (215) 568-6603<br>  cleavell@klehr.com<br>  *Counsel to the JP Vision Financial LLC* |
|---|---|

Dated: September 19, 2024                              Dated: September 19, 2024


BY THE COURT:

*[signature]*

The Honorable Ashely M. Chan
United States Bankruptcy Judge


Dated:      Oct. 2      , 2024

4

11139764.v4