IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| **JOHN WEI (f/k/a WEI XIANG YONG)** | : |
| | : BANKRUPTCY NO. 23-13678 |
| Debtor. | : |
| | : |

**DEBTOR'S OBJECTION TO THE
SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF THE MOTION TO DISMISS
THE CHAPTER 11 BANKRUPTCY PETITION OR, IN THE ALTERNTATIVE, FOR
THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Debtor John Wei f/k/a Wei Xiang Yong (the "Plaintiff" or "Debtor"), by and through his undersigned counsel, Ciardi Ciardi & Astin, respectfully objects to the supplemental brief in further support of the motion (the "Motion") of Shin Da Enterprises Inc., 446-50 N. 6th St. LLC, and Lijian Ren ("Movants" or "Shin Da Parties"), to dismiss the chapter 11 bankruptcy petition or, in the alternative, appoint a chapter 11 trustee. "Cause" still does not exist to dismiss the bankruptcy as (1) Debtor is preparing a plan of reorganization and (2) Movant fails to satisfy its burden that case should be dismissed and/or a trustee should be appointed. In support of his objection, the Debtor avers as follows:

1. Admitted as stated. By way of further response, the Debtor objects to the relief requested in the Motion to Dismiss.

2. Denied. By way of further response, the alleged personal financial statement is a document, the truth and veracity of which speaks for itself.

3. Denied. By way of further response, the alleged personal financial statement is a document, the truth and veracity of which speaks for itself. The presentation of a personal financial statement is markedly different from bankruptcy schedules.

4. Denied. By way of further response, the alleged personal financial statement is a

document, the truth and veracity of which speaks for itself. Also, Movant continues to ignore the fact that the Debtor's Schedules reflect the fair market value of his *interest* in the companies.

5. Denied. By way of further response, the Movant's frustrations with discovery efforts in the RICO action is irrelevant for this matter and reflects on the Movant and not the Debtor. Moreover, this is a Motion to Dismiss the bankruptcy and Movant's frustration is not cause for the dismissal of the bankruptcy.

6. Admitted as stated. By way of further response, the Debtor is in the process of finalizing the responses as the Movant asked for significant documents related to all the Debtor's interests.

7. Denied. By way of further response, the Order is a document, the truth of which speaks for itself.

8. Denied. By way of further response, the Movant's execution and discovery in the RICO action is irrelevant to this Motion.

9. Denied. By way of further response, the Debtor has consistently provided the Movant with information related to PA Ridge. The Movant fails to clarify that PNC Bank has intervened in the RICO action and is in the process of taking actions that will result in the loss of the property and no value being utilized for the benefit of Movant or the Debtor.

10. Denied. By way of further response, this is irrelevant for this Motion. Moreover, those entities are represented by separate counsel.

11. Denied. By way of further response, this is irrelevant for this Motion. Moreover, those entities are represented by separate counsel.

12. Denied. By way of further response, the Debtor incorporates his averments with respect to the Objection to the Motion to Dismiss.

**WHEREFORE,** Debtor respectfully requests entry of an order (a) denying the Motion; and (b) grant such other and further relief as the Court may deem necessary.

                                                  Respectfully submitted,

                                                  CIARDI CIARDI & ASTIN

Dated: October 15, 2024                          ***/s/ Daniel S. Siedman***
                                                  Albert A. Ciardi, III, Esquire
                                                  Daniel S. Siedman, Esquire
                                                  1905 Spruce Street,
                                                  Philadelphia, PA  19103
                                                  aciardi@ciardilaw.com
                                                  dsiedman@ciardilaw.com

                                                  Telephone: (215) 557-3550
                                                  Facsimile: (215) 557-3551