IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOHN WEI (f/k/a WEI XIANG YONG)   CHAPTER 11

       Debtor.   Case No. 23-13678 (MDC)

## CERTIFICATE OF SERVICE

I, Daniel S. Siedman, Esquire hereby certify that on this 18th day of October, 2024, a copy of the *Notice of Application and Application for Compensation and Reimbursement of Fees* were served via U.S. First Class Mail, postage prepaid, upon all parties as listed on the attached Service List.

                        CIARDI CIARDI & ASTIN

       By:   */s/ Daniel S. Siedman*
                Daniel S. Siedman, Esquire

                *Counsel to Debtor*

**Wei**
**2002 List**

| | | |
|---|---|---|
| Kevin Callahan, Esquire<br>**Office of The United States Trustee**<br>Robert NC Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | **City of Philadelphia Law Department**<br>Megan Harper, Esquire<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 | **Nationstar Mortgage, LLC**<br>c/o Todd S. Garan, Esquire<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive, Suite 725<br>San Diego, CA 92108 |
| **Wells Fargo Bank NA**<br>c/o Mario Hanyon, Esquire<br>Brock and Scott, PLLC<br>3825 Forrestgate Drive<br>Winston-Salem, NC 27103 | **Shin Da Enterprises, LLC**<br>c/o Daniel D. Haggerty, Esquire<br>Kang Haggerty LLC<br>123 S. Broad Street, Suite 1670<br>Philadelphia, PA 19109 | **446-50 N. 6th St LLC & Lijian Ren**<br>c/o Edward Kang, Esquire<br>Kang Haggerty LLC<br>123 S. Broad Street, Suite 1670<br>Philadelphia, PA 19109 |
| **Shin Da Enterprises, LLC**<br>**446-50 N. 6th St LLC & Lijian Ren**<br>c/o Kyle Garabedian, Esquire<br>Kang Haggerty LLC<br>123 S. Broad Street, Suite 1670<br>Philadelphia, PA 19109 | **Yatsun Wen**<br>c/o Louis I. Lipsky, Esquire<br>Rachel I. Freedman, Esquire<br>Lipsky and Brandt<br>1101 Market Street, Suite 2820<br>Philadelphia, PA 19107 | **First Citizens Community Bank**<br>c/o Daniel C. Kerrick, Esquire<br>Garvan F. McDaniel, Esquire<br>HOGAN McDANIEL<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |

**Creditors**

| | | |
|---|---|---|
| 1020-26 Cherry Street Realty, LLC<br>c/o Ms. Stella Wong<br>161-167 E. Hunting Park Ave<br>Philadelphia, PA 19124 | Asian Bank<br>111 N. 9th Street<br>Philadelphia, PA 19107 | Bala Resources, LLC<br>c/o Adam Xu<br>207 N. 11th Street, 1st Floor<br>Philadelphia, PA 19107 |
| City of Philadelphia<br>PO Box 1630<br>Philadelphia, PA 19105 | First Citizens Community Bank<br>2901 Concord Pike<br>Wilmington, DE 19803 | G&E Capital, LLC<br>1118 S. 12th Street<br>Philadelphia, PA 19147 |
| HSBC Bank<br>PO Box 9<br>Buffalo, NY 14270 | John J. McCreesh, IV<br>McCreesh McCreesh<br>McCreesh & Cannon<br>7035 Terminal Square<br>Upper Darby, PA 19082 | JP Financials, LLC<br>21236 Valley Forge Circle<br>King of Prussia, PA 19406 |
| JP Financial, LLC<br>PAK & Associates, PC<br>1349 W. Cheltenham Ave, Ste 103<br>Elkins Park, Pa 19027 | Kilau Lee<br>810 Arch Street, Apt. 204<br>Philadelphia, PA 19107 | Nationstar Mortgage<br>PO Box 60516<br>City of Industry, CA 91716 |

PAK & Associates, PC
1349 W. Cheltenham Ave, Ste 103
Elkins Park, Pa 19027

Parke Bank
c/o Isabella Gray, Esquire
Braverman Kaskey Gaber
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, Pa 19103

Phillip Chan
9 Greentree Way
Cherry Hill, NJ 08003

PNC Bank – Midland Loan Services
PO Box 25965
Overland Park, KS 66225

PNC, NA
Attn: Bankruptcy Dept
PO Box 489909
Charlotte, NC 28269

RMI Investment, LLC
c/o Sean Yu
117 Country Lane
Lansdale, PA 19446

Simon & Kenny LLC
801 Spring Garden Street
Philadelphia, PA 19123

Ms. Stella Wong
161-167 E. Hunting Park Ave
Philadelphia, PA 19124

Wells Fargo
PO Box 14411
Des Moines, IA 50306

Yatsun Wen
446 N. 12th Street
Philadelphia, PA 19123

**Government agencies**

Pennsylvania Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PA Dept of Labor & Industry - UCTS
Bankruptcy & Compliance Unit
c/o Joseph Kots
625 Cherry Street; Room 203
Reading, PA 19602-1152

Christopher R. Momjian, Esquire
Commonwealth of Pennsylvania
Office of the Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Commonwealth of PA
Dept of Labor & Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17121-8568

Commonwealth of PA
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101