## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**JOHN WEI (f/k/a WEI XIANG YONG)**

**Debtor.**

**CHAPTER 11**

**Case No. 23-13678 (MDC)**

### CERTIFICATE OF NO OBJECTION

I, Daniel S. Siedman, Esquire, of Ciardi Ciardi & Astin, hereby certify that:

1. On October 17, 2024, the Debtor filed its First Interim Application for Compensation and Reimbursement of Expenses of Counsel to the Debtor ("Application") and Notice of Application at Docket Number 161.

2. On October 18, 2024, true and correct copies of the Notice of Application and Application for Compensation and Reimbursement of Expenses to Counsel to the Debtor were served upon all creditors, parties in interest, 2002 list and the Office of the U.S. Trustee, as evidenced by the Certificate of Service filed at Docket Number at Docket Number 162.

3. The undersigned certifies that I have reviewed the Court's Docket in this case and no answer, objection, or other responsive pleading relating to the Notice of Application or Application has been filed with the Clerk of the United States Bankruptcy Court or served upon Counsel for the Debtor as of the date of this Certification.

**WHEREFORE**, Ciardi Ciardi & Astin, respectfully requests that the Order approving the Application be entered.

**CIARDI, CIARDI & ASTIN**

Dated:  November 11, 2024        By:    */s/ Daniel S. Siedman*
Daniel S. Siedman
1905 Spruce Street
Philadelphia, PA  19103
dsiedman@ciardilaw.com
*Counsel to the Debtor*