UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
: Chapter 11
JOHN WEI (fka WEI XIANG YONG),
:
: Bankruptcy No. 23-13678 (AMC)
Debtor.
:

## ORDER

**AND NOW**, this  14th  day of   November   , 2024, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin, Counsel to the Debtor, for the Period of December 4, 2023 through September 30, 2024 (the "Application"), it is hereby

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that the Debtor is authorized to compensate Ciardi Ciardi & Astin in the amount of $83,930.00 for services rendered as counsel for the Debtor and $727.83 for reimbursement of expenses for the period of December 3, 2023 through September 30, 2024, for a total due in the amount of $84,657.83 (the "Fees and Expenses") less the remaining retainer in the amount of $34,389.50 leaving a balance due and owing in the amount of $50,268.33.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
CHIEF JUDGE, U.S. BANKRUPTCY COURT