United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13678-amc |
| John Wei | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wei, 525 N. 11th Street, Suite 101, Philadelphia, PA 19123-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Albert Anthony Ciardi, III | on behalf of Debtor John Wei aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff John Wei aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com lclark@klehr.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com gdurstein@dkhogan.com |

Case 23-13678-amc   Doc 170   Filed 11/16/24   Entered 11/17/24 00:37:48   Desc
Imaged Certificate of Notice   Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**DANIEL D. HAGGERTY**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com

**DANIEL S. SIEDMAN**
on behalf of Plaintiff John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DANIEL S. SIEDMAN**
on behalf of Defendant John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DANIEL S. SIEDMAN**
on behalf of Debtor John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DAVID L. BRAVERMAN**
on behalf of Creditor Parke Bank dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

**EDWARD T. KANG**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

**FRANK M. CORRELL, JR.**
on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com afoody@klehr.com

**HOLLY SMITH MILLER, ESQ.**
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

**HOLLY SMITH MILLER, ESQ.**
hsmiller@gsbblaw.com chsm11@trustesolutions.net

**HOLLY SMITH MILLER**
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

**ISABELLA H. GRAY**
on behalf of Creditor Parke Bank igray@klehr.com marano@braverlaw.com;gollotto@braverlaw.com

**JOSHUA B. LADOV**
on behalf of Creditor Xiao Yu jladov@ladovlaw.com admin@ladovlaw.com

**KEVIN P. CALLAHAN**
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**KYLE GARABEDIAN**
on behalf of Plaintiff Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Plaintiff 446-50 N. 6th St LLC kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Plaintiff Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant 446-50 North 6th Street LLC kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

**KYLE GARABEDIAN**
on behalf of Defendant Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

**LAURENCE A. MESTER**
on behalf of Creditor G&E Capital LLC lmester@mesterschwartz.com

**LOUIS I. LIPSKY**
on behalf of Yatsun Wen LLipsky@lipskybrandt.com afaino@lipskybrandt.com

**MARIO J. HANYON**
on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

**PAMELA ELCHERT THURMOND**

District/off: 0313-2 — User: admin — Page 3 of 3
Date Rcvd: Nov 14, 2024 — Form ID: pdf900 — Total Noticed: 1

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL I. FREEDMAN
   on behalf of Yatsun Wen rfreedman@lipskybrandt.com  snita@lipskybrandt.com

ROBERT H. HOLBER
   on behalf of Attorney Robert H Holber rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

ROBERT H. HOLBER
   on behalf of Creditor 1020-26 Cherry Street Realty  LLC rholber@holber.com, LawOfficeofRobertHHolberPC@jubileebk.net

STEPHEN R. STARKS
   on behalf of Creditor Wells Fargo Bank  N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 38

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                               :
                                                                     :  Chapter 11
JOHN WEI (fka WEI XIANG YONG),                                       :
                                                                     :  Bankruptcy No. 23-13678 (AMC)
        Debtor.                                                      :
                                                                     :

## ORDER

**AND NOW**, this <u>14th</u> day of <u>November</u>, 2024, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin, Counsel to the Debtor, for the Period of December 4, 2023 through September 30, 2024 (the "Application"), it is hereby

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that the Debtor is authorized to compensate Ciardi Ciardi & Astin in the amount of $83,930.00 for services rendered as counsel for the Debtor and $727.83 for reimbursement of expenses for the period of December 3, 2023 through September 30, 2024, for a total due in the amount of $84,657.83 (the "Fees and Expenses") less the remaining retainer in the amount of $34,389.50 leaving a balance due and owing in the amount of $50,268.33.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
CHIEF JUDGE, U.S. BANKRUPTCY COURT