IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**JOHN WEI (f/k/a WEI XIANG YONG)**<br><br>Debtor. | : **CHAPTER 11**<br>:<br>: **BANKRUPTCY NO. 23-13678**<br>:<br>: |

### NOTICE OF MOTION, RESPONSE DEADLINE AND TELEPHONIC OR VIDEO HEARING DATE

John Wei (f/k/a Wei Xiang Yong) (the "Debtor") by and through its counsel, Ciardi Ciardi & Astin, has filed a **Motion to Approve Disclosure Statement** (the "Motion") with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)**

2. If you do not want the court to grant the relief sought in this Motion or if you want the Court to consider your views on the Motion, then on or before, **February 19, 2025** you or your attorney must file a response to the Motion.

3. A hearing on the Motion is scheduled to be held on **March 5, 2025 at 12:30 p.m**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing in the following format:

   **XXX** Telephone (**via Zoom Meeting Info: 1-646-828-7666 (telephone number) 160 6807 8081 (meeting ID))**.

   **XXX** In-Person participation is also available for this hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this notice.

## *FILING INSTRUCTIONS*

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   U.S. Bankruptcy Court for the Eastern District of Pennsylvania
   Attn: Clerk's Office
   Robert N. C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107

3. If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

   Albert A. Ciardi, III, Esquire
   Daniel S. Siedman, Esquire
   CIARDI CIARDI & ASTIN
   1905 Spruce Street
   Philadelphia, PA 19103
   Telephone: 215-557-3550
   Telecopier: 215-557-3551
   aciardi@ciardilaw.com
   dsiedman@ciardilaw.com

   **CIARDI CIARDI & ASTIN**

   */s/ Daniel S. Siedman*
   Albert A. Ciardi, III, Esquire
   Daniel S. Siedman, Esquire
   1905 Spruce Street
   Philadelphia, PA 19103
   (215) 557-3550 office
   (215) 557-3551 fax
   aciardi@ciardilaw.com
   dsiedman@ciardilaw.com

Date: January 29, 2025                         Attorneys for the Debtor

2