Isabella H. Gray (I.D. No. 328803)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
(A Pennsylvania Limited Liability Partnership)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 320-3406
igray@klehr.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JOHN WEI (f/k/a WEI XIANG YONG) | : | |
| | : | Case No. 23-13678 (AMC) |
| Debtors. | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of Creditor Parke Bank in the above-captioned matter and remove me from the service list.

Respectfully submitted,

Dated: February 25, 2025

*/s/ Isabella H. Gray*
Isabella H. Gray (I.D. No. 328803)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 320-3406
igray@klehr.com