IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| JOHN WEI (f/k/a WEI XIANG YONG), | Case No: 23-13678 |
| Debtor. | |

ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,
*PRO HAC VICE*, OF MATTHEW G. SUMMERS

Upon consideration of the Motion for Admission to Practice, *Pro Hac Vice*, of Matthew G. Summers,

It is hereby ordered that the Motion is GRANTED and Matthew G. Summers is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Dated: _____

**Date: March 18, 2025**

_____
United States Bankruptcy Judge

1