IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| JOHN WEI (f/k/a WEI XIANG YONG) | : |
| | : BANKRUPTCY NO. 23-13678 |
| Debtor. | : |
| | : |

## PRAECIPE TO WITHDRAW DOCKET NUMBERS 171, 172 AND 177

**TO THE CLERK OF COURT:**

Kindly withdraw the Plan, Disclosure Statement and Motion to Approve Disclosure Statement filed by the Debtor, John Wei (f/k/a Wei Xiang Yong), at Document Numbers 171, 172 and 177 in the above-captioned case without prejudice.

CIARDI CIARDI & ASTIN

*/s/ Daniel S. Siedman*
Albert A. Ciardi, III, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA  19103
T (215) 557-3550
F (215) 557-3551
aciardi@ciardilaw.com
dsiedman@ciardilaw.com

Counsel to Debtor
John Wei (f/k/a Wei Xiang Yong)