IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| John Wei, | : | |
| | : | CASE NO. 23-13678-DJB |
| Debtor | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICE OF ALL OTHER PAPERS**

TO THE CLERK OF U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE that John E. Kaskey, Esquire hereby enters his appearance on behalf of Parke Bank, in the above-referenced chapter 11 proceeding pursuant to Section 1109(d) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010.

PLEASE TAKE FURTHER NOTICE that such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them be given to and served upon said counsel at the following address, e-mail address, telephone and fax number:

> Braverman Kaskey Garber, P.C.
> Attention: John E. Kaskey, Esquire
> One Liberty Place, 56th Floor
> 1650 Market Street
> Philadelphia, Pennsylvania 19103
> Phone: (215) 575-3800
> Fax: (215) 575-3801
> jkaskey@braverlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

Respectfully submitted,

**BRAVERMAN KASKEY PC**

Dated: March 19, 2025         BY: */s/ John E. Kaskey*
JOHN E. KASKEY, ESQUIRE
(PA No. 40672)
One Liberty Place - 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
braver@braverlaw.com
Telephone: (215) 575-3800
Facsimile: (215) 575 3801

*Attorneys for Parke Bank*

## CERTIFICATE OF SERVICE

I, John E. Kaskey, Esquire, hereby certify, on this 19th day of March, 2025, caused a true and correct copy of the foregoing *Entry of Appearance and Request for Notices and Service of all other Papers* to be electronically filed with the Court, and served upon counsel of record by electronic mail via the Court's CM/ECF System.

                                                **BRAVERMAN KASKEY PC**

Dated: March 19, 2025         BY: */s/ John E. Kaskey*
                                                    JOHN E. KASKEY, ESQUIRE
                                                    (PA No. 40672)
                                                    One Liberty Place - 56th Floor
                                                    1650 Market Street
                                                    Philadelphia, Pennsylvania 19103
                                                    braver@braverlaw.com
                                                    Telephone: (215) 575-3800
                                                    Facsimile: (215) 575 3801

                                                    *Attorneys for Parke Bank*