IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| JOHN WEI (f/k/a WEI XIANG YONG) | : |
| | : BANKRUPTCY NO. 23-13678 |
| Debtor. | : |
| | : |

## PRAECIPE TO WITHDRAW DOCKET NUMBER 156

TO THE CLERK OF COURT,

Kindly withdraw the Objection to the Motion to Dismiss filed by the Debtor, John Wei (f/k/a Wei Xiang Yong) on September 26, 2024, at Document Number 156, regarding the Motion to Dismiss in the above-referenced matter.

CIARDI CIARDI & ASTIN

/s/ Daniel S. Siedman
Albert A. Ciardi, III, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
aciardi@ciardilaw.com
dsiedman@ciardilaw.com

Date: March 20, 2025

Counsel to Debtor
John Wei (f/k/a Wei Xiang Yong)