UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| **JOHN WEI F/K/A WEI XIANG YONG,** | : Case No. 23-13678-DJB |
| | : |
| | : Chapter 11 |
| | : |
| Debtor. | : |

### ORDER OF DISMISSAL

THIS MATTER having been opened to this Court by Movants, Shin Da Enterprises Inc., 446-50 N. 6th St. LLC, and Lijian Ren to Dismiss the Chapter 11 Bankruptcy Petition or, in the Alternative, Appoint a Chapter 11 Trustee (the "Motion");

AND the Court having considered the Motion, the objections or responses thereto, and good cause appearing for entry of this Order;

AND their being no objection to the Motion other than by Debtor;

AND noting that the Debtor has withdrawn its objection to the Motion and consented and agreed to this Order of Dismissal;

It is on this _____ day of _____, 2025, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that this Bankruptcy is Dismissed; and it is further

**ORDERED** that the Debtor is barred from filing any further bankruptcy petition in any chapter proceeding under Title 11 of the United States Code until after September 1, 2025; and it is further

3691444.1

**ORDERED** that the Debtor shall file all outstanding monthly operating reports and pay all outstanding quarterly fees of the U.S. Trustee that are due and owing within thirty (30) days of this Order.

**Date: March 21, 2025**

BY THE COURT:

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

Approved for Entry by:

Debtor: _____
John Wei

**Ciardi Ciardi & Astin**

By: _____
Albert Ciardi, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street,
Philadelphia, PA 19103
*Attorneys for Debtor*

The United States Trustee does not object to entry:

**Office of the United States Trustee**

By: _____
John Schanne, Esquire
Office of the United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

3691444.1