United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-13678-djb

John Wei                                                                                 Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Wei, 525 N. 11th Street, Suite 101, Philadelphia, PA 19123-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Debtor John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Plaintiff John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | |
| | on behalf of Creditor United States of America  Internal Revenue Service andrew.fuchs@usdoj.gov, beth.fuhrhop@usdoj.gov |
| CHRISTOPHER JOHN LEAVELL | |
| | on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com  lclark@klehr.com |
| CHRISTOPHER R. MOMJIAN | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |

DANIEL CHRISTOPHER KERRICK
on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com  gdurstein@dkhogan.com

DANIEL D. HAGGERTY
on behalf of Creditor Shin Da Enterprises Inc.  446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com

DANIEL S. SIEDMAN
on behalf of Plaintiff John Wei dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
on behalf of Defendant John Wei dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
on behalf of Debtor John Wei dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID L. BRAVERMAN
on behalf of Creditor Parke Bank dbraver@braverlaw.com
dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

EDWARD T. KANG
on behalf of Creditor Shin Da Enterprises Inc.  446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

FRANK M. CORRELL, JR.
on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com  afoody@klehr.com

HOLLY SMITH MILLER, ESQ.
on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

HOLLY SMITH MILLER, ESQ.
hsmiller@gsbblaw.com  chsm11@trustesolutions.net

HOLLY SMITH MILLER
on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSHUA B. LADOV
on behalf of Creditor Xiao Yu jladov@ladovlaw.com  admin@ladovlaw.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

KYLE GARABEDIAN
on behalf of Plaintiff Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com  filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Plaintiff 446-50 N. 6th St LLC kgarabedian@kanghaggerty.com  filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Plaintiff Lijian Ren kgarabedian@kanghaggerty.com  filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Defendant Shin Da Enterprises  Inc. kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Creditor Shin Da Enterprises Inc.  446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Defendant 446-50 North 6th Street  LLC kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Defendant Lijian Ren kgarabedian@kanghaggerty.com  filings@kanghaggerty.com

LAURENCE A. MESTER
on behalf of Creditor G&E Capital LLC lmester@mesterschwartz.com

LOUIS I. LIPSKY
on behalf of Yatsun Wen LLipsky@lipskybrandt.com  afaino@lipskybrandt.com

MARIO J. HANYON
on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MATTHEW G. SUMMERS

on behalf of Creditor Wells Fargo  National Association, as Trustee summersm@ballardspahr.com

MICHELLE L. MCGOWAN
on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL I. FREEDMAN
on behalf of Yatsun Wen rfreedman@lipskybrandt.com  snita@lipskybrandt.com

RAYMOND ADAM QUAGLIA
on behalf of Creditor Wells Fargo  National Association, as Trustee quaglia@ballardspahr.com

ROBERT H. HOLBER
on behalf of Attorney Robert H Holber rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

ROBERT H. HOLBER
on behalf of Creditor 1020-26 Cherry Street Realty  LLC rholber@holber.com, LawOfficeofRobertHHolberPC@jubileebk.net

STEPHEN R. STARKS
on behalf of Creditor Wells Fargo Bank  N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 41

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| JOHN WEI (f/k/a WEI XIANG YONG), | Case No: 23-13678 |
| Debtor. | |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,
_PRO HAC VICE_, OF MATTHEW G. SUMMERS**

Upon consideration of the Motion for Admission to Practice, _Pro Hac Vice_, of Matthew G. Summers,

It is hereby ordered that the Motion is GRANTED and Matthew G. Summers is hereby admitted _pro hac vice_ in the above-captioned bankruptcy case.

Dated: _____

**Date: March 18, 2025**

_____
United States Bankruptcy Judge

1