United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                  Case No. 23-13678-djb

John Wei             Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 96 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wei, 525 N. 11th Street, Suite 101, Philadelphia, PA 19123-3563 |
| aty | + | GARVAN F. MCDANIEL, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |
| aty | + | Robert H Holber, Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063, UNITED STATES 19063-2911 |
| cr | + | 1020-26 Cherry Street Realty, LLC, 161 E. Hunting Park Ave, Philadelphia, PA 19124-6002 |
| cr | + | Parke Bank, 601 Delsea Drive, Sewell, NJ 08080-2833 |
| cr | | United States of America, Internal Revenue Service, U.S. Attorney's Office, Philadelphia, PA 19106 |
| cr | + | Wells Fargo, National Association, as Trustee, 1735 Market Street, 51st Floor, Attn: Raymond A. Quaglia, Esq., Philadelphia, PA 19103-7507 |
| 14836285 | + | 1020-26 Cherry Street Realty LLC, c/o Ms. Stella Wong, 161-167 E. Hunting Park Ave., Phila., PA 19124-6002 |
| 14874600 | + | 1020-26 Cherry Street Realty, LLC, c/o Robert H. Holber, Esq, 41 E. Front Street, Media, PA 19063-2911 |
| 14876572 | + | 1020-26 Cherry Street Realty, LLC, c/o Robert H. Holber, Esquire, 41 E. Front Street, Media, Pa 19063-2911 |
| 14837057 | + | 1020-26 Cherry Street Realty, LLC, c/o Ms. Stella Wong, 161-167 E. Hunting Park Ave, Philadelphia, PA 19124-6002 |
| 14836286 | + | Asian Bank, 111 N. 9th St., PHila., PA 19107-2460 |
| 14837058 | + | Asian Bank, 111 N. 9th Street, Philadelphia, PA 19107-2460 |
| 14836287 | + | Bala Resources, LLC, c/o Adam Xu, 207 N. 11th St., 1st fl., Phila., PA 19107-1862 |
| 14837059 | + | Bala Resources, LLC, c/o Adam Xu 207 N. 11th Street, 1st Fl., Philadelphia, PA 19107-1862 |
| 14935853 | + | Bill Bensinger, Christian & Small. LLP, 1800 Financial Center, 505 North 20th Street, Birmingham, AL 35203-4633 |
| 14935854 | + | Choice Hotels International, Inc., Christian & Small. LLP, 1800 Financial Center, 505 20th Street North, Birmingham, AL 35203-4633 |
| 14846839 | + | Commonwealth of Pennsylvania, C/O Christopher R. Momjian, The Phoenix Bldg., 1600 Arch Street, Ste. 300, Philadelphia, PA 19103-2016 |
| 14837062 | + | First Citizens Community Bank, 2901 Concord Pike, Wilmington, DE 19803-5010 |
| 14836290 | + | First Citizens Community Bank, 2901 Concord Pk., Wilm., DE 19803-5010 |
| 14840833 | + | First Citizens Community Bank, C/O Daniel C. Kerrick, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |
| 14864257 | + | G & E Capital, LLC, C/O Howard Gershman, 135 Old York Road, Jenkintown, PA 19046-3617 |
| 14837063 | ++ | GE CAPITAL, 1118 S 12TH ST, 1F, PHILADELPHIA PA 19147-4540 address filed with court:, G&E Capital LLC, 1118 S. 12th Street, Philadelphia, PA 19147 |
| 14864101 | ++ | GE CAPITAL, 1118 S 12TH ST, 1F, PHILADELPHIA PA 19147-4540 address filed with court:, G&E Capital LLC, 1118 S 12th Street #1F, Philadelphia, PA 19147 |
| 14836291 | ++ | GE CAPITAL, 1118 S 12TH ST, 1F, PHILADELPHIA PA 19147-4540 address filed with court:, G&E Capital LLC, 1118 S. 12th St., Phila., PA 19147 |
| 14907567 | + | HSBC Bank USA, National Association, 239 Van Rensselaer Street, 3rd Floor, Buffalo, NY 14210-1345 |
| 14836297 | + | JP Financial LLC, PAK & Assocs PC, 1349 W. Cheltenham Ave., Ste. 103, Elkins Park, PA 19027-3141 |
| 14836296 | + | JP Financial LLC, 21236 Valley Forge Circle, King of Prussia, PA 19406-1199 |
| 14837068 | + | JP Financial, LLC, PAK & Associates, PC, 1349 W. Cheltenham Ave, Suite 103, Elkins Park, PA 19027-3141 |
| 14845267 | + | JP Vision Financial LLC, c/o Francis M. Correll, Jr., Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14845266 | + | JP Vision Financial LLC, c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14836295 | | John J. McCreesh IV, McCreesh McCreesh McCreesh & Cannon, 7035 Terminal Square, Upper Darby, PA 19082 |
| 14874601 | + | KT Investments, LLC, c/o Robert H. Holber, Esq, 41 E. Front Street, Media, PA 19063-2911 |
| 14836298 | + | Kilau Lee, 810 Arch St., Apt. 204, Phila., PA 19107-3195 |
| 14837069 | + | Kilau Lee, 810 Arch Street Apt. 204, Philadelphia, PA 19107-3195 |
| 14836299 | + | Louis Lipsky, Esq., 1101 Market St., Ste. 2820, Phila., PA 19107-2936 |
| 14837070 | + | Louis Lipsky, Esq., 1101 Market Street, Suite 2820, Phila., PA 19107-2936 |
| 14864619 | + | Nationstar Mortgage LLC, Mario Hanyon, Brock & Scott PLLC, 3825 Forrestgage Dr, Winston-Salem, NC 27103-2930 |
| 14869963 | + | Nationstar Mortgage LLC, c/o Mario Hanyon, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14854811 | + | Nationstar Mortgage, LLC, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14837072 | + | PAK & Associates PC, 1349 W. Cheltenham A, Elkins Park, PA 19027-3141 |

District/off: 0313-2 | User: admin | Page 2 of 6
Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 96

| | | |
|---|---|---|
| 14836302 | + | PAK & Assocs PC, 1349 W. Cheltenham A, Elkins Park, PA 19027-3141 |
| 14837075 | + | PNC Bank - Midland Loan Services, PO Box 25965, Overland Park, KS 66225-5965 |
| 14836306 | | PNC Bank NA, Attn: Bky Dept., PO Box 489909, Charlotte, NC 28269 |
| 14837076 | | PNC Bank, NA, Attn Bankruptcy Dept, PO Box 489909, Charlotte, NC 28269 |
| 14836305 | + | PNC Bank-Midland Loan Srvs, PO Box 25965, Overland Park, KS 66225-5965 |
| 14972782 | + | Parke Bank, David L. Braverman, Esq., 1650 Market Street, 56th Floor, Philadelphia, PA 19103-7337 |
| 14836303 | + | Parke Bank, c/o Isabella Gray, Esq., Braverman Kaskey Garber, One Liberty Place, PHila., PA 19103-4201 |
| 14837073 | | Parke Bank, c/o Isabella Gray, Esq., Braverman Kaskey Garber One Liberty Plac, Philadelphia, PA 19103 |
| 14844810 | + | Parke Bank, c/o DAVID L. BRAVERMAN, Braverman Kaskey P.C., One Liberty Place, 1650 Market Street, 56th Floor Philadelphia, PA 19103-7337 |
| 14844811 | + | Parke Bank, c/o ISABELLA H. GRAY, Braverman Kaskey Garber, P.C., One Liberty Place, 1650 Market St., Ste 56th Floor Philadelphia, PA 19103-7337 |
| 14989103 | + | Parke Bank, c/o JOHN E. KASKEY, Braverman Kaskey Garber PC, One Liberty Place, 1650 Market Street, Ste 56th Floor Philadelphia, PA 19103-7337 |
| 14836304 | + | Phillip Chan, 9 Greentree Way, Cherry Hill, NJ 08003-1103 |
| 14836307 | + | RMI Investment LLC, c/o Sean Yu, 117 Country Lane, Lansdale, PA 19446-1656 |
| 14837108 | + | Shin Da Enterprises Inc., c/o Edward T. Kang, Esquire, 123 S. Broad St, Suite 1670, Philadelphia, PA 19109-1003 |
| 14837110 | + | Shin Da Enterprises Inc., c/o Daniel D. Haggerty, Esquire, 123 S. Broad St, Suite 1670, Philadelphia, PA 19109-1003 |
| 14836308 | + | Shin Da Enterprises Inc. et al, c/o Edward Kang, Esq., 123 S. Broad St., Ste. 1670, Phila., PA 19109-1003 |
| 14837576 | + | Shin Da Enterprises, Inc., 446-50 N. 6th St.,LLC, Lijian Ren, C/O Daniel D. Haggerty, 123 S. Broad Street, Ste. 1670 Philadelphia, PA 19109-1003 |
| 14837078 | + | Shin Da Enterprises, Inc. et al, c/o Edward Kang, Esq., 123 S. Broad Street, Suite 1670, Philadelphia, PA 19109-1003 |
| 14837591 | + | Shin Da Enterprises, Inc.,, 446-50 N. 6th St. LLC, Lijian Ren, C/O Kyle Garabedian, 123 S. Broad St, Ste. 1670 Philadelphia, PA 19109-1003 |
| 14836309 | + | Simon & Kenny LLC, 801 Spring Garden St., Phila., PA 19123-2604 |
| 14837079 | + | Simon & Kenny LLC, 801 Spring Garden Street, Philadelphia, PA 19123-2604 |
| 14837081 | + | Stella Wong, 161-167 E. Hunting Park Ave, Philadelphia, PA 19124-6002 |
| 14836310 | + | Stella Wong, 161-167 E. Hunting Park Ave., Phila., PA 19124-6002 |
| 14892754 | + | Wells Fargo Bank National Association, as Trustee, Colin M. Bernardino, Esq., 1100 Peachtree Street NE, Suite 2800, Atlanta, GA 30309-4528 |
| 14837834 | + | Wells Fargo Bank, N.A., c/o Ryan Starks, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14987606 | | Wells Fargo Bank, National Association, c/o RAYMOND ADAM QUAGLIA, Ballard Spahr LLP, 1735 Market Street, 51st Floor Philadelphia, PA 19103-7599 |
| 14847383 | | Xiao Yu, c/o JOSHUA B. LADOV, Ladov Law Firm, P.C., 1101 Market street, Suite 2820 Philadelphia, PA 19107-2993 |
| 14847121 | + | Xiao Yu a/k/a Sean Yu, c/o Joshua B. Ladov, Esquire, Ladov Law Firm, P.C., 1101 Market St, Ste 2820, Philadelphia, PA 19107-2936 |
| 14836312 | + | Yatsun Wen, 446 N. 12th St., Phila., PA 19123-3713 |
| 14837083 | + | Yatsun Wen, 446 N. 12th Street, Philadelphia, PA 19123-3713 |
| 14837106 | + | Yatsun Wen, c/o Louis I. Lipsky, Esq., 1101 Market St., Ste 2820, Phila., PA 19107-2936 |

TOTAL: 72

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | | |
| | | | Mar 22 2025 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | | |
| | | | Mar 22 2025 00:57:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Mar 22 2025 00:57:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Mar 22 2025 01:04:55 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 14836288 | | Email/Text: megan.harper@phila.gov | | |
| | | | Mar 22 2025 00:57:00 | City of Phila., PO Box 1630, Phila., PA 19105 |
| 14837060 | | Email/Text: megan.harper@phila.gov | | |
| | | | Mar 22 2025 00:57:00 | City of Philadelphia, PO Box 1630, Philadelphia, PA 19105 |
| 14849286 | | Email/Text: megan.harper@phila.gov | | |
| | | | Mar 22 2025 00:57:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th |

District/off: 0313-2 | User: admin | Page 3 of 6
Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 96

| | | | Floor, Philadelphia, PA 19102 |
|---|---|---|---|
| 14847649 | Email/Text: megan.harper@phila.gov | Mar 22 2025 00:57:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14847651 | Email/Text: megan.harper@phila.gov | Mar 22 2025 00:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14847362 | + Email/PDF: ebn_ais@aisinfo.com | Mar 22 2025 01:04:43 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14837061 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:57:00 | Commonwealth Of Pennsylvania, Pennsylvania Dept. of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14836289 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:57:00 | Commonwealth of PA, PA Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14837063 | Email/Text: fangwangphiladelphia@gmail.com | Mar 22 2025 00:57:00 | G&E Capital LLC, 1118 S. 12th Street, Philadelphia, PA 19147 |
| 14864101 | Email/Text: fangwangphiladelphia@gmail.com | Mar 22 2025 00:57:00 | G&E Capital LLC, 1118 S 12th Street #1F, Philadelphia, PA 19147 |
| 14836291 | Email/Text: fangwangphiladelphia@gmail.com | Mar 22 2025 00:57:00 | G&E Capital LLC, 1118 S. 12th St., Phila., PA 19147 |
| 14836292 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 22 2025 00:57:00 | HSBC Bank, PO Box 9, Buffalo, NY 14270-0001 |
| 14836293 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2025 00:57:00 | IRS, PO Box 7346, Phila., PA 19101-7346 |
| 14854784 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2025 00:57:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 752619741 |
| 14864537 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2025 00:57:00 | Nationstar - Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14836301 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2025 00:57:00 | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14869717 | + Email/Text: EBN@brockandscott.com | Mar 22 2025 00:57:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14838765 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14836311 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 22 2025 01:04:44 | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 14837764 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 22 2025 01:04:36 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14837763 | + Email/Text: EBN@brockandscott.com | Mar 22 2025 00:57:00 | Wells Fargo Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14852681 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 22 2025 01:04:44 | Wells Fargo Bank, N.A., Atty: BK Dept., MAC# N9286-01Y, Default Document, Processing P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14838045 | + Email/Text: EBN@brockandscott.com | Mar 22 2025 00:57:00 | Wells Fargo Bank, N.A.,, c/o Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0313-2 | User: admin | Page 4 of 6
Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 96

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14836676 | | Shin Da Enterprises Inc., 446-50 N. 6th St LLC, Li |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | GE CAPITAL, 1118 S 12TH ST, 1F, PHILADELPHIA PA 19147-4540, address filed with court:, G&E Capital LLC, 1118 S 12th Street, #1F, Philadelphia, PA 19147 |
| 14837064 | *+ | HSBC Bank, PO Box 9, Buffalo, NY 14270-0001 |
| 14837065 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14837067 | *+ | JP Financial LLC, 21236 Valley Forge Circle, King of Prussia, PA 19406-1199 |
| 14837066 | * | John J. McCreesh IV, McCreesh, McCreesh, McCreesh and Cannon, 7035 Terminal Square, Upper Darby, PA 19082 |
| 14876993 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 |
| 14869718 | *+ | Nationstar - Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14837071 | *+ | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14837074 | *+ | Phillip Chan, 9 Greentree Way, Cherry Hill, NJ 08003-1103 |
| 14837077 | *+ | RMI Investment, LLC, c/o Sean Yu 117 Country Lane, Lansdale, PA 19446-1656 |
| 14837080 | *+ | Simon & Kenny, LLC, 801 Spring Garden Street, Philadelphia, PA 19123-2604 |
| 14988707 | *+ | United States of America, IRS, c/o Andrew Robert Fuchs, DOJ-USAO, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |
| 14837082 | *+ | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 14837835 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14838046 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14847758 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14847757 | *+ | Wells Fargo Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Albert Anthony Ciardi, III | on behalf of Debtor John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff John Wei aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew Robert Fuchs | on behalf of Creditor United States of America  Internal Revenue Service andrew.fuchs@usdoj.gov, beth.fuhrhop@usdoj.gov |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor JP Vision Financial LLC cleavell@klehr.com  lclark@klehr.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor First Citizens Community Bank dckerrick@dkhogan.com  gdurstein@dkhogan.com |

District/off: 0313-2           User: admin           Page 5 of 6

Date Rcvd: Mar 21, 2025          Form ID: pdf900          Total Noticed: 96

DANIEL D. HAGGERTY
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com

DANIEL S. SIEDMAN
on behalf of Debtor John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
on behalf of Plaintiff John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
on behalf of Defendant John Wei dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID L. BRAVERMAN
on behalf of Creditor Parke Bank dbraver@braverlaw.com
dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

EDWARD T. KANG
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren ekang@kanghaggerty.com, mmoyes@khflaw.com

FRANK M. CORRELL, JR.
on behalf of Creditor JP Vision Financial LLC fcorrell@klehr.com afoody@klehr.com

HOLLY SMITH MILLER, ESQ.
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

HOLLY SMITH MILLER, ESQ.
hsmiller@gsbblaw.com chsm11@trustesolutions.net

HOLLY SMITH MILLER
on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, abrown@gsbblaw.com

JOHN E. KASKEY
on behalf of Creditor Parke Bank Jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSHUA B. LADOV
on behalf of Creditor Xiao Yu jladov@ladovlaw.com admin@ladovlaw.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

KYLE GARABEDIAN
on behalf of Defendant 446-50 North 6th Street LLC kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Defendant Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Plaintiff Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Plaintiff 446-50 N. 6th St LLC kgarabedian@kanghaggerty.com filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Plaintiff Lijian Ren kgarabedian@kanghaggerty.com filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Defendant Shin Da Enterprises Inc. kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

KYLE GARABEDIAN
on behalf of Creditor Shin Da Enterprises Inc. 446-50 N. 6th St LLC, and Lijian Ren kgarabedian@kanghaggerty.com, filings@kanghaggerty.com

LAURENCE A. MESTER
on behalf of Creditor G&E Capital LLC lmester@mesterschwartz.com

LOUIS I. LIPSKY
on behalf of Yatsun Wen LLipsky@lipskybrandt.com afaino@lipskybrandt.com

MARIO J. HANYON
on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

MATTHEW G. SUMMERS

|  |  |
|---|---|
|  | on behalf of Creditor Wells Fargo  National Association, as Trustee summersm@ballardspahr.com |
| MICHELLE L. MCGOWAN | |
|  | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | |
|  | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RACHEL I. FREEDMAN | |
|  | on behalf of Yatsun Wen rfreedman@lipskybrandt.com  snita@lipskybrandt.com |
| RAYMOND ADAM QUAGLIA | |
|  | on behalf of Creditor Wells Fargo  National Association, as Trustee quaglia@ballardspahr.com |
| ROBERT H. HOLBER | |
|  | on behalf of Attorney Robert H Holber rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT H. HOLBER | |
|  | on behalf of Creditor 1020-26 Cherry Street Realty  LLC rholber@holber.com, LawOfficeofRobertHHolberPC@jubileebk.net |
| STEPHEN R. STARKS | |
|  | on behalf of Creditor Wells Fargo Bank  N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | |
|  | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 42

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA – PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **JOHN WEI F/K/A WEI XIANG YONG,** | : | Case No. 23-13678-DJB |
| | : | |
| | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| | : | |

## <u>ORDER OF DISMISSAL</u>

THIS MATTER having been opened to this Court by Movants, Shin Da Enterprises Inc.,

446-50 N. 6th St. LLC, and Lijian Ren to Dismiss the Chapter 11 Bankruptcy Petition or, in the

Alternative, Appoint a Chapter 11 Trustee (the "Motion");

AND the Court having considered the Motion, the objections or responses thereto, and

good cause appearing for entry of this Order;

AND their being no objection to the Motion other than by Debtor;

AND noting that the Debtor has withdrawn its objection to the Motion and consented and

agreed to this Order of Dismissal;

It is on this _____ day of _____, 2025, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that this Bankruptcy is Dismissed; and it is further

**ORDERED** that the Debtor is barred from filing any further bankruptcy petition in any

chapter proceeding under Title 11 of the United States Code until after September 1, 2025;

and it is further

**ORDERED** that the Debtor shall file all outstanding monthly operating reports and pay all outstanding quarterly fees of the U.S. Trustee that are due and owing within thirty (30) days of this Order.

**Date: March 21, 2025**

BY THE COURT:

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

Approved for Entry by:

Debtor: _____

John Wei

**Ciardi Ciardi & Astin**

By: _____

Albert Ciardi, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street,
Philadelphia, PA 19103
*Attorneys for Debtor*

The United States Trustee does not object to entry:

**Office of the United States Trustee**

By: _____

John Schanne, Esquire
Office of the United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

3691444.1